MINUTE ENTRY
OCTOBER 7, 2026
NORTH, M.J.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA — CRIMINAL ACTION

VERSUS — NO. 26-211

ABDEL ADHAMI — SECTION: P

**DETENTION HEARING** CONTINUED

PRESENT: X/DEFENDANT

__/ DEFENDANT CONSENTED TO APPEAR BY VIDEO

X/DEFENSE COUNSEL ANNALISA MIRON

X/ASST. U.S. ATTORNEY GREGORY KENNEDY

X/INTERPRETER RAGAEY GHAEB

(Interpreter designated by the Court and sworn. Time 1:43 pM. to 1:48 pM.)

__/GOVERNMENT WITNESS(ES) ____

X/DEFENSE WITNESS(ES) DAVID DEROCHE, SWORN & TESTIFIED

MJSTAR: 00:05

ABDEL ADHAMI 26-211 P

DEFENDANT CASE NO.

**THE COURT ORDERS AFTER HEARING TESTIMONY PRESENTED IN THE ABOVE CAPTIONED MATTER:**

_/ DEFENDANT IS ENTITLED TO RELEASE. BOND SET AT ______________________

______________________________________________________________________

SPECIAL CONDITIONS: (1) HE SHALL NOT COMMIT A FEDERAL, STATE OR LOCAL CRIME DURING THE PERIOD OF RELEASE; (2) HE SHALL NOT INTERFERE WITH, INTIMIDATE, THREATEN, HARM, OR INFLUENCE ANY JUROR, GOVERNMENT WITNESSES, VICTIMS OR FEDERAL AGENTS.

______________________________________________________________________

______________________________________________________________________

__/THE COURT ACCEPTED DEFENDANTS VERBAL CONSENT IN LIEU OF SIGNATURE ON THE APPEARANCE BOND AND ORDER SETTING CONDITIONS OF RELEASE.

___/ GOVERNMENT ADVISED OF ITS OBLIGATIONS TO PRODUCE ALL EXCULPATORY EVIDENCE TO THE DEFENDANT PURSUANT TO *BRADY V. MARYLAND* AND ITS PROGENY AND ORDERED TO DO SO TIMELY.

___/ DEFENDANT EXECUTED THE BOND AND WAS RELEASED.

X/ DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL

___/ DEFENDANT IS NOT ENTITLED TO RELEASE.

___/ DEFENDANT IS ORDERED DETAINED AND REMANDED TO THE CUSTODY OF THE U.S. MARSHAL.

___/ WRITTEN FINDINGS AND STATEMENT OF REASONS ORDERING DETENTION FILED.

___/ IT IS STIPULATED THAT IF THE AGENT WERE CALLED TO TESTIFY, SAID TESTIMONY WOULD BE CONSISTENT WITH THAT CONTAINED IN THE COMPLAINT/AFFIDAVIT.

___/ IT IS STIPULATED THAT IF THE PRETRIAL SERVICES/PROBATION OFFICER WERE CALLED TO TESTIFY, SAID TESTIMONY WOULD BE CONSISTENT WITH THAT CONTAINED IN HIS/HER REPORT.

___/THE DEFENDANT WAIVED/STIPULATED TO DETENTION RESERVING HIS/HER RIGHT TO REOPEN

X/ OTHER: CONTINUED 10/14 10am

______________________________________________________________________