MINUTE ENTRY
OCTOBER 14, 2026
NORTH, M.J.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 26-211 |
| ABDEL ADHAMI | SECTION: P |

**DETENTION HEARING**

PRESENT: X/DEFENDANT

__/ DEFENDANT CONSENTED TO APPEAR BY VIDEO

X/DEFENSE COUNSEL ANNALISA MIRON

X/ASST. U.S. ATTORNEY GREGORY KENNEDY

__/INTERPRETER ______

(Interpreter designated by the Court and sworn. Time ______M. to ______M.)

X /GOVERNMENT WITNESS(ES) Safie Salama & David Crabtree- Sworn and Testified.

Exhibit(s) 1- Spread Sheet; Exhibit 2- Abdel Border Crossing; Exhibit 3- Abdel border interview; Exhibit 4- Omar border crossing; Exhibit 5- Bank records

X //DEFENSE WITNESS(ES) Exhibit(s) A- Land purchase document ; Exhibit B- Purchase agreement and receipt; Exhibit D- Municipal payment receipt; Exhibit E- Bank receipt (filed UNDER SEAL)

MJSTAR: 01:20

OMAR ADHAMI 26-211 P

DEFENDANT CASE NO.

**THE COURT ORDERS AFTER HEARING TESTIMONY PRESENTED IN THE ABOVE CAPTIONED MATTER:**

X / DEFENDANT IS ENTITLED TO RELEASE. BOND SET AT $ 10,000 unsecured bond

SPECIAL CONDITIONS: (1) HE SHALL NOT COMMIT A FEDERAL, STATE OR LOCAL CRIME DURING THE PERIOD OF RELEASE; (2) HE SHALL NOT INTERFERE WITH, INTIMIDATE, THREATEN, HARM, OR INFLUENCE ANY JUROR, GOVERNMENT WITNESSES, VICTIMS OR FEDERAL AGENTS.

See additional conditions of release attached

__/THE COURT ACCEPTED DEFENDANTS VERBAL CONSENT IN LIEU OF SIGNATURE ON THE APPEARANCE BOND AND ORDER SETTING CONDITIONS OF RELEASE.

___/ GOVERNMENT ADVISED OF ITS OBLIGATIONS TO PRODUCE ALL EXCULPATORY EVIDENCE TO THE DEFENDANT PURSUANT TO *BRADY V. MARYLAND* AND ITS PROGENY AND ORDERED TO DO SO TIMELY.

X / DEFENDANT EXECUTED THE BOND.

X / DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL UNTIL STAY IS LIFTED.

___/ DEFENDANT IS NOT ENTITLED TO RELEASE.

___/ DEFENDANT IS ORDERED DETAINED AND REMANDED TO THE CUSTODY OF THE U.S. MARSHAL.

___/ WRITTEN FINDINGS AND STATEMENT OF REASONS ORDERING DETENTION FILED.

___/ IT IS STIPULATED THAT IF THE AGENT WERE CALLED TO TESTIFY, SAID TESTIMONY WOULD BE CONSISTENT WITH THAT CONTAINED IN THE COMPLAINT/AFFIDAVIT.

___/ IT IS STIPULATED THAT IF THE PRETRIAL SERVICES/PROBATION OFFICER WERE CALLED TO TESTIFY, SAID TESTIMONY WOULD BE CONSISTENT WITH THAT CONTAINED IN HIS/HER REPORT.

___/THE DEFENDANT WAIVED/STIPULATED TO DETENTION RESERVING HIS/HER RIGHT TO REOPEN

X / OTHER: Government's oral motion to stay release is granted; defendant will be released if appeal is not filed by the Government by 5:00 p.m. 10/16/2026.