GOVERNMENT EXHIBIT
Admitted on: 10/14/26 nml
CASE NO. 26-cr-211 P
EXHIBIT NO. 2

# U.S. Customs and Border Protection
## U.S. Department of Homeland Security
## TECS - Person Encounter List

10/01/2026 09:58 EDT

Generated By: [redacted]



| Last Name | First Name | DOB | Doc Type | Document Number | Date - Time (Eastern) | Carrier Code | Carrier Num. | I/O | Site | Insp | Type | Status | Updated Status | Ref | Arr Loc | Dep Loc |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ADHAMI | ABDEL | | P | | 06/09/2026 07:40 | RJ | 265 | I | [redacted] | [redacted] | APIS | ON BOARD | | CUSTOMS | ORD | AMM |
| ADHAMI | ABDEL | | P | | 04/30/2026 00:00 | RJ | 262 | O | | | APIS | ON BOARD | | | AMM | JFK |
| ADHAMI | ABDEL | | P | | 09/10/2025 18:56 | EK | 211 | I | [redacted] | [redacted] | APIS | ON BOARD | | MANY | IAH | DXB |
| ADHAMI | ABDELI | | | | 09/09/2025 00:00 | EK | 211 | I | | | APIS | NOT ON BOARD | | | IAH | DXB |
| ADHAMI | ABDEL | | P | | 08/16/2025 00:00 | EK | 212 | O | | | APIS | ON BOARD | | | DXB | IAH |
| ADHAMI | ABDEL | | P | | 07/26/2024 22:14 | BA | 225 | I | [redacted] | [redacted] | APIS | ON BOARD | | | MSY | LHR |
| ADHAMI | ABDEL | | P | | 05/12/2024 20:49 | RJ | 264 | O | [redacted] | [redacted] | APIS | | | | AMM | ORD |
| ADHAMI | ABDEL | | P | | 05/12/2024 00:00 | RJ | 264 | O | | | APIS | NOT ON BOARD | | | AMM | ORD |
| ADHAMI | ABDEL | | P | | 05/07/2024 00:00 | QR | 726 | O | | | APIS | NOT ON BOARD | | | DOH | ORD |
| ADHAMI | ABDEL | | P | | 09/04/2021 11:55 | TK | 185 | I | [redacted] | [redacted] | APIS | ON BOARD | | | ORD | IST |
| ADHAMI | ABDEL | | P | | 08/06/2021 20:30 | QR | 726 | O | [redacted] | [redacted] | APIS | | | | DOH | ORD |
| ADHAMI | ABDEL | | P | | 06/07/2021 11:26 | TK | 185 | I | [redacted] | [redacted] | APIS | ON BOARD | | | ORD | IST |
| ADHAMI | ABDEL | | P | | 04/30/2021 00:00 | TK | 8 | O | | | APIS | ON BOARD | | | IST | IAD |
| ADHAMI | ABDEL | | | | 04/29/2021 00:00 | TK | 8 | O | | | APIS | NOT ON BOARD | | | IST | IAD |
| ADHAMI | ABDEL I | | P | | 01/14/2021 19:36 | RJ | 261 | I | [redacted] | [redacted] | APIS | ON BOARD | | | JFK | AMM |

**Total Number of Records: 15**

| Legend |
|---|
| Loc |

# U.S. Customs and Border Protection
# U.S. Department of Homeland Security
# TECS - Person Encounter List

10/01/2026 09:58 EDT Generated By: [redacted] 

| Codes | Value |
|---|---|
| ORD | O'HARE INTERNATIONAL |
| AMM | QUEEN ALIA INTL |
| IAH | HOUSTON INTERCONTINENTAL |
| MSY | NEW ORLEANS |
| LHR | LONDON / HEATHROW INTL |
| IST | ISTANBUL AIRPORT |
| DOH | DOHA#INTERNATIONAL, QATAR |
| IAD | DULLES INTL |
| JFK | JOHN F KENNEDY INTL |
| DXB | DUBAI#INTL, U. A. EMIRATES |

| Doc Type | |
|---|---|
| Codes | Value |
| P | P - PASSPORT |

| Site Code | |
|---|---|
| Codes | Value |
| A473 | A473 - NEW YORK, JFK AIRPORT, TERM 8 |
| A392 | A392 - CBP-CHICAGO, OHARE AIRPORT |
| A534 | A534 - CBP-HOUSTON, BUSH INTL AIRPORT |
| A201 | A201 - CBP-LOUIS ARMSTRONG NO IAP |