# U.S. Customs and Border Protection
## U.S. Department of Homeland Security
### TECS - Secondary Inspection Report

10/01/2026 10:08 EDT    Generated By: [redacted]    

**Referral Source**

| Referred By | Referred Date | Referred Time | Referred From |
|---|---|---|---|
| [redacted] | 06/09/2026 | 06:40 CDT | SA with Manifest Entry |

| Referral Reason |
|---|
| [redacted] |

**Encounter - 193579103**

| Last Name | First Name | DOB |
|---|---|---|
| ADHAMI | ABDEL | |

| Carrier Code | Flight / Vessel Number | Inbound / Outbound |
|---|---|---|
| RJ - ROYAL JORDANIAN | 265 | I - Inbound |

| Hispanic | Sex | Race | Travel Document Presented | Lost / Stolen Document |
|---|---|---|---|---|
| | M - Male | | Yes | No |

| Doc Number | Doc Type | Issuing Country |
|---|---|---|
| | P - PASSPORT | USA - UNITED STATES |

| State/Province | Nationality | City of Birth | Country of Birth |
|---|---|---|---|
| | USA - UNITED STATES | | |

| Father's Last Name | Father's First Name | Father's Middle Name |
|---|---|---|
| | | |

| Mother's Last Name | Mother's First Name | Mother's Middle Name |
|---|---|---|
| | | |

| Email Addresses |
|---|
| |

| Phone Numbers |
|---|
| |

**Baggage**

| Secondary Officer Name | Site Id |
|---|---|
| [redacted] | A392 |

| Inspection Start Date and Time | Inspection End Date and Time |
|---|---|
| 06/09/2026 08:01 CDT | 06/09/2026 14:22 CDT |

| FinCEN FORM 105 | Currency Amount (USD) |
|---|---|
| No | |

| Flight / Vessel Crew |
|---|
| No |

| Departure / Destination |
|---|
| AMM - QUEEN ALIA INTL |

| Embarkation |
|---|
| AMM - QUEEN ALIA INTL |

| K9 Response | K9 Brand Number |
|---|---|
| | |

| No. of Passengers on Declaration | Bag Exam | Number of Bags X-Rayed | Threat Stream Match Reason |
|---|---|---|---|
| 4 | No | | |

| Personal Search | Positive / Negative Inspection | CCD Used | X-Ray/NII Utilized for this Inspection |
|---|---|---|---|
| No | P - Positive | Yes | |

| Category |
|---|
| 1 |

| Violation Codes |
|---|
| [redacted] |

| Related Document Number | Create Incident Log | Incident Log Report Number |
|---|---|---|
| | [redacted] | [redacted] |

| SAS Number | Create EMR | EMR Number |
|---|---|---|
| | [redacted] | [redacted] |

| Referring Officer Code | ADIS Code | Reason for Referral Code |
|---|---|---|
| [redacted] | | [redacted] |

AO386-C
GOVERNMENT EXHIBIT
Admitted on: 10/14/26 nne
CASE NO. 26-cr-211 P
EXHIBIT NO. 3

# U.S. Customs and Border Protection

## U.S. Department of Homeland Security

### TECS - Secondary Inspection Report



| Baggage Inspection Complete | Create PLOR |
|---|---|
| Yes | No |

**Comments History**

**U.S. Customs and Border Protection**
**U.S. Department of Homeland Security**
**TECS - Secondary Inspection Report**

10/01/2026 10:08 EDT Generated By: [redacted] 

**Entered By:** [redacted] | **Created Date/Time:** 06/09/2026 14:22 CDT

The subject, ADHAMI, Abdel (COC: US DOB: [redacted]) was inspected by Chicago TTRT on 09 June 2026. ADHAMI entered the United States via flight Royal Jordanian (RJ) 265 from Amman, Jordan. ADHAMI stated he is arriving from Ramallah, Palestine. ADHAMI stated that he is travelling with his wife (Iman Srour (DOB: [redacted] PP# [redacted]) and their 2 young children. ADHAMI is returning to the US after 1 month and 1 week. ADHAMI stated that he travelled to Palestine to see family and Saudi Arabia to attend Hajj. ADHAMI stated that he flew to Amman, Jordan and travelled to the border to go to Palestine. ADHAMI stated that the border was closed when he arrived, so he and his family stayed in Al Zarqa for 2 days until the border was open again. ADHAMI stated that he and his family then entered Palestine and travelled to Hebron and Ramallah. ADHAMI stated that they also went to Jerusalem in Israel. ADHAMI stated when they went to Jerusalem, he was stopped at the Israeli border and questioned. ADHAMI stated that the Israeli Officer took 3,500 USD from him. ADHAMI stated they asked him about Hamas and did a phone search on him. ADHAMI stated that he did not feel safe with them but stated that he thinks they were easy on him because they saw that he was a US citizen. ADHAMI stated that he spent most of his day in Palestine in Hebron. ADHAMI stated that his family lives in Hebron. ADHAMI stated that he visited his sister, Hiba Adhami (Palestine phone # [redacted]). ADHAMI stated that he was leaving his 2 children with her while he and his wife travelled to Saudi Arabia. ADHAMI stated he also visited with his 2 uncles Shaban Adhami and Ishmail Adhami. ADHAMI stated he also visited with his 11 cousins. ADHAMI stated that he has 6 cousins from his uncle Shaban, they are named, Mohammed Adhami, Hamza Adhami, Khalid Adhami, Mahdi Adhami, Alaa Adhami, and Batol Adhami. ADHAMI stated he has 5 cousins from his uncle Ishmail, they are named, Arwa Adhami, Riham Adhami, Jinan Adhami, Adam Adhami, and Ahmad Adhami. ADHAMI stated that he saw all of them in Hebron and that they are all US citizens. ADHAMI stated that he and his wife were in Palestine for about 7 days.
ADHAMI stated that they left Palestine and travelled back to Amman, Jordan so they could travel to Saudi Arabia. ADHAMI stated they were in Jordan for just a few hours.
ADHAMI stated that they travelled to Saudi Arabia for about 2 weeks for Hajj. ADHAMI stated that they stayed in hotels while in Saudi Arabia and only visited Mecca and Madinah. ADHAMI stated that they found out they were chosen to attend Hajj in February. ADHAMI stated they only participated in Hajj and did nothing else while in Saudi Arabia.
ADHAMI stated that they flew back to Amman, Jordan so they could take a bus back to Palestine. ADHAMI stated that he and his wife rejoined their kids for 7 days in Palestine. ADHAMI stated that they spent 2 days in Hebron celebrating Hajj with their family and 1 day in Ramallah celebrating. ADHAMI stated that it is tradition to have a celebration when returning from Hajj. ADHAMI stated that the rest of the time was in Hebron.
ADHAMI stated that he owns land in Palestine and plans to build a home on that land. ADHAMI stated that he paid 256,000 USD for the land and says the home will cost 1 million USD. ADHAMI stated that his only source of income is through his beauty supply stores. When asked if he gives money to organizations, groups, or political parties, ADHAMI stated specifically that he does not give money to any organizations. ADHAMI stated that he gives money to his Mosque in Louisiana and will give money to families that are in need. When asked where these families are located, ADHAMI stated multiple times lets just say Jordan. ADHAMI stated that the amount varies and stated that just because he helped a family out this month does not mean he will help them again next month.
ADHAMI was provided with water and a bathroom during the inspection.
ADHAMIs cellular phone was inspected by CBPO [redacted] at 0720 hours. ADHAMIs phone was detained on CBP 6051D#1305826. EMR# [redacted] was completed.
ADHAMIs bags were searched with negative results at 0740-0750 hours.
A notice of currency seizure from Israel was uploaded to event [redacted]
Pocket Trash from ADHAMI was also uploaded to event [redacted]

ADHAMI stated he did not feel safe while abroad, and did not personally witness any conflict, violence or threats while abroad. ADHAMI stated he did not feel safe while in Israel or Palestine.
ADHAMI stated he was not approached by anyone asking him to join a group or an organization.
ADHAMI stated he has never been arrested or detained by the military, government or police abroad.
ADHAMI stated he does not have prior military experience and does not have weapons training.
ADHAMI stated he has never traveled to Somalia, Lebanon, Iran, Iraq, Yemen, Syria, Afghanistan, and/or Russia.

**U.S. Customs and Border Protection**
**U.S. Department of Homeland Security**
**TECS - Secondary Inspection Report**



ADHAMI stated he does not support or belong to any foreign political group(s).
ADHAMI stated that he does not give money to organizations, groups and/or political parties.
ADHAMI stated he is unaware of anyone fighting in any conflict.
ADHAMI stated he is traveling with approximately 200 USD.
ADHAMI stated he departed with approximately 5,400 USD.
ADHAMI stated he is certain it was less than 10,000 USD.

Occupation: Business Man, 2 Beauty Supply Stores.
US Address: [redacted]
Phone #: [redacted], [redacted]
Email: [redacted]

JTTF was on site for the inspection.

ADHAMI was cooperative and respectful during inspection. ADHAMI was released without incident.

Timeline of events:
At 06:30, subject was met at the jet bridge of Gate M29 in Terminal 5 at Chicago O'Hare International Airport by CBPO [redacted] and CBPO [redacted].
At 06:40, the subject was processed at Primary Passport Control and referred to baggage secondary for further inspection.
At 06:40, the subject was escorted to [redacted] for further inspection.
At 07:44, NTC/TVR Officer [redacted] was contacted and notified of findings.
At 07:54, the subject was released from the FIS and thanked for their cooperation with concurrence of (A) Chief CBPO [redacted].

**Referral Reason History**

**Referred By:** [redacted] | **Referred Date/Time:** 06/09/2026 06:40 CDT | **Referred From:** SA with Manifest Entry
[redacted]