AO386 GOVERNMENT EXHIBIT
Admitted on: 10/14/26
CASE NO. 26-cr-211 P
EXHIBIT NO. 4

# U.S. Customs and Border Protection
# U.S. Department of Homeland Security
# TECS - Person Encounter List

10/01/2026 10:00 EDT

Generated By: [redacted]



| Last Name | First Name | DOB | Doc Type | Document Number | Date - Time (Eastern) | Carrier Code | Carrier Num. | I/O | Site | Insp | Type | Status | Updated Status | Ref | Arr Loc | Dep Loc |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ADHAMI | OMAR IBRAHIM | [redacted] | P | [redacted] | 08/02/2026 17:47 | QR | 777 | I | [redacted] | [redacted] | APIS | ON BOARD | | INS | MIA | DOH |
| ADHAMI | OMAR IBRAHIM | [redacted] | P | [redacted] | 06/28/2026 00:00 | RJ | 292 | O | | | APIS | ON BOARD | | | AMM | DFW |
| ADHAMI | OMAR IBRAHIM | [redacted] | P | [redacted] | 06/24/2026 00:00 | RJ | 292 | O | | | APIS | NOT ON BOARD | | | AMM | DFW |
| ADHAMI | OMAR IBRAHIM | [redacted] | P | [redacted] | 10/11/2025 17:15 | QR | 777 | I | [redacted] | [redacted] | APIS | ON BOARD | | | MIA | DOH |
| ADHAMI | OMAR IBRAHIM | [redacted] | P | [redacted] | 09/20/2025 00:00 | AA | 120 | O | | | APIS | ON BOARD | | | DOH | PHL |
| ADHAMI | OMAR IBRAHIM | [redacted] | P | [redacted] | 09/23/2023 07:34 | UA | 526 | I | [redacted] | [redacted] | APIS | ON BOARD | | | IAD | AMM |
| ADHAMI | OMAR IBRAHIM | [redacted] | P | [redacted] | 06/14/2023 00:00 | OS | 94 | O | | | APIS | ON BOARD | | | VIE | IAD |
| ADHAMI | OMAR IBRAHIM | [redacted] | P | [redacted] | 12/20/2021 17:13 | RJ | 263 | I | [redacted] | [redacted] | APIS | ON BOARD | | | ORD | AMM |
| ADHAMI | OMARIBRAHIM | [redacted] | P | [redacted] | 12/20/2021 00:00 | RJ | 5263 | I | | | APIS | NOT ON BOARD | | | ORD | AMM |
| ADHAMI | OMAR | [redacted] | P | [redacted] | 11/17/2021 00:00 | RJ | 264 | O | | | APIS | ON BOARD | | | AMM | ORD |

Total Number of Records: 10

## Legend

### Loc

| Codes | Value |
|---|---|
| ORD | O'HARE INTERNATIONAL |
| AMM | QUEEN ALIA INTL |
| VIE | SCHWECHAT |
| MIA | MIAMI INTL, FL |
| DFW | DALLAS/FT WORTH INTL |
| PHL | PHILADELPHIA |
| DOH | DOHA#INTERNATIONAL, QATAR |
| IAD | DULLES INTL |

### Doc Type

| Codes | Value |
|---|---|
| P | P - PASSPORT |

### Site Code

U.S. Customs and Border Protection
U.S. Department of Homeland Security
TECS - Person Encounter List

10/01/2026 10:00 EDT Generated By: [redacted] 

| Codes | Value |
|---|---|
| A392 | A392 - CBP-CHICAGO, OHARE AIRPORT |
| A524 | A524 - CBP-MIAMI, AIRPORT CNTRL TERML |
| A542 | A542 - CBP-WASH DC, IAP DULLES AP |