| Account Number | Account Name | Transaction Date | Description | Amount |
| --- | --- | --- | --- | --- |
| JPMC[redacted]9065 | Abdel I Adhami | 7/5/2023 | CONSUMER ONLINE INTERNATIONAL WIRE VIA: CITIBANK N.A./0008 A/C: ARAB BANK PLC RAMALLAH PALESTINE, STATE OF PS BEN: ABDALFATTAH ADHAMI RAMALLAH 1476 PS REF: LAND PAYMENT REAL ESTATE PURCHASE/CCT/LJOB33OZ00AC LAND PAYMENT SSN: 0465258 TRN: 3152063186ES | 20,000.00 |
| JPMC[redacted]9065 | Abdel I Adhami | 8/3/2023 | CONSUMER ONLINE INTERNATIONAL WIRE VIA: CITIBANK N.A./0008 A/C: ARAB BANK PLC RAMALLAH PALESTINE, STATE OF PS BEN: ABDALFATTAH ADHAMI RAMALLAH 1476 PS REF: LAND PAYMENT REAL ESTATE PURCHASE/CCT/LKV4ZISD00AL LAND PAYMENT SSN: 0347555 TRN: 3179543215ES | 20,000.00 |
| JPMC[redacted]0028 | Abdel I Adhami | 08/21/23 | INTL WIRE DEBIT USD CONSUMER ONLINE INTERNATIONAL WIRE A/C: ISLAMIC INTERNATIONAL ARAB BANK PLCAMMAN JORDAN 11190- JO BEN:/JO85IIBA1350000001350010011600 FERAS REF:/CCT/LLJNLAXK00AK 0106/FAMILY EXPENSES TRN: 3145773233ES | 100.00 |
| JPMC[redacted]0028 | Abdel I Adhami | 8/24/2023 | INTL WIRE DEBIT USD CONSUMER ONLINE INTERNATIONAL WIRE A/C: ISLAMIC INTERNATIONAL ARAB BANK PLCAMMAN JORDAN 11190- JO BEN:/JO85IIBA1350000001350010011600 FERAS REF:/CCT/LLP5HZXZ00AI 0106/PERSONAL EXPENSES TRN: 3133033236ES | 4,000.00 |
| JPMC[redacted]0028 | Abdel I Adhami | 9/1/2023 | CONSUMER ONLINE INTERNATIONAL WIRE VIA: CITIBANK N.A./0008 A/C: ARAB BANK PLC RAMALLAH PALESTINE, STATE OF PS BEN: ABDALFATTAH ADHAMI RAMALLAH 1476 PS REF: LAND PAYMENT PERSONAL EXPENSES/CCT/LM0T0V8D00AC LAND PAYMENT SSN: 0469426 TRN: 3743073244ES | 20,000.00 |
| JPMC[redacted]0028 | Abdel I Adhami | 10/2/2023 | CONSUMER ONLINE INTERNATIONAL WIRE VIA: CITIBANK N.A./0008 A/C: ARAB BANK PLC RAMALLAH PALESTINE, STATE OF PS BEN: ABDALFATTAH ADHAMI RAMALLAH 1476 PS REF: LAND PAYMENT PERSONAL EXPENSES/CCT/LN94DNQ900AG LAND PAYMENT SSN: 0425124 TRN: 3629123275ES | 20,000.00 |
| JPMC[redacted]0028 | Abdel I Adhami | 11/2/2023 | CONSUMER ONLINE INTERNATIONAL WIRE VIA: CITIBANK N.A./0008 A/C: ARAB BANK PLC RAMALLAH PALESTINE, STATE OF PS BEN: ABDALFATTAH ADHAMI RAMALLAH 1476 PS REF: LAND PAYMENT PERSONAL EXPENSES/CCT/LOH331OQ00AF LAND PAYMENT SSN: 0288781 TRN: 3177263306ES | 20,000.00 |
| JPMC[redacted]0028 | Abdel I Adhami | 12/4/2023 | CONSUMER ONLINE INTERNATIONAL WIRE VIA: CITIBANK N.A./0008 A/C: ARAB BANK PLC RAMALLAH PALESTINE, STATE OF PS BEN: ABDALFATTAH ADHAMI RAMALLAH 1476 PS REF: LAND PAYMENT PERSONAL EXPENSES/CCT/LPQD0WNT00AD LAND PAYMENT SSN: 0330174 TRN: 3314583338ES | 20,000.00 |
| JPMC[redacted]0028 | Abdel I Adhami | 1/3/2024 | CONSUMER ONLINE INTERNATIONAL WIRE VIA: CITIBANK N.A./0008 A/C: ARAB BANK PLC RAMALLAH PALESTINE, STATE OF PS BEN: ABDALFATTAH ADHAMI RAMALLAH 1476 PS REF: LAND PAYMENT PERSONAL EXPENSES/CCT/LQXR5I0800AE LAND PAYMENT SSN: 0285785 TRN: 3170214003ES | 20,000.00 |
| JPMC[redacted]0028 | Abdel I Adhami | 2/2/2024 | CONSUMER ONLINE INTERNATIONAL WIRE VIA: CITIBANK N.A./0008 A/C: ARAB BANK PLC RAMALLAH PALESTINE, STATE OF PS BEN: ABDALFATTAH ADHAMI RAMALLAH 1476 PS REF: LAND PAYMENT PERSONAL EXPENSES/CCT/LS4KT7OV00AE LAND PAYMENT SSN: 0330101 TRN: 3228794033ES | 12,000.00 |
| JPMC[redacted]0028 | Abdel I Adhami | 3/1/2024 | CONSUMER ONLINE INTERNATIONAL WIRE VIA: CITIBANK N.A./0008 A/C: ARAB BANK PLC RAMALLAH PALESTINE, STATE OF PS BEN: ABDALFATTAH ADHAMI RAMALLAH 1476 PS REF: LAND PAYMENT PERSONAL EXPENSES/CCT/LT8O459J00AJ LAND PAYMENT SSN: 0369377 TRN: 3521514061ES | 20,000.00 |
| JPMC[redacted]9065 | Abdel I Adhami | 4/2/2024 | CONSUMER ONLINE INTERNATIONAL WIRE VIA: CITIBANK N.A./0008 A/C: ARAB BANK PLC RAMALLAH PALESTINE, STATE OF PS BEN: ABDALFATTAH ADHAMI RAMALLAH 1476 PS REF: LAND PAYMENT PERSONAL EXPENSES/CCT/LUIHGG2W00AD LAND PAYMENT SSN: 0479727 TRN: 3323704093ES | 20,000.00 |
| JPMC[redacted]0028 | Abdel I Adhami | 6/5/2024 | CONSUMER ONLINE INTERNATIONAL WIRE VIA: CITIBANK N.A./0008 A/C: ARAB BANK PLC RAMALLAH PALESTINE, STATE OF PS BEN: ABDALFATTAH ADHAMI RAMALLAH 1476 PS REF: LAND PAYMENT REAL ESTATE PURCHASE/CCT/LX27IKNQ00AI LAND PAYMENT SSN: 00498675 TRN: 3582754157ES | 25,000.00 |
| JPMC[redacted]0028 | Abdel I Adhami | 6/6/2024 | CONSUMER ONLINE INTERNATIONAL WIRE VIA: CITIBANK N.A./0008 A/C: ARAB BANK PLC RAMALLAH PALESTINE, STATE OF PS BEN: ABDALFATTAH ADHAMI RAMALLAH 1476 PS REF: LAND PAYMENT REAL ESTATE PURCHASE/CCT/LX2WCRGI00AG LAND PAYMENT SSN: 00198013 TRN: 3030294158ES | 25,000.00 |
| JPMC[redacted]0028 | Abdel I Adhami | 6/10/2024 | CONSUMER ONLINE INTERNATIONAL WIRE VIA: CITIBANK N.A./0008 A/C: ARAB BANK PLC RAMALLAH PALESTINE, STATE OF PS BEN: ABDALFATTAH ADHAMI RAMALLAH 1476 PS REF: LAND PAYMENT REAL ESTATE PURCHASE/CCT/LX849U9800AL LAND PAYMENT SSN: 00261865 TRN: 3236264162ES | 10,000.00 |
| JPMC[redacted]0028 | Abdel I Adhami | 7/1/2024 | CONSUMER ONLINE INTERNATIONAL WIRE VIA: CITIBANK N.A./0008 A/C: ARAB BANK PLC RAMALLAH PALESTINE, STATE OF PS BEN: ABDALFATTAH ADHAMI RAMALLAH 1476 PS REF: LAND PAYMENT PERSONAL EXPENSES/CCT/LY1YTVSL00AK LAND PAYMENT SSN: 00321636 TRN: 3430174183ES | 10,000.00 |
| JPMC[redacted]0028 | Abdel I Adhami | 7/31/2024 | CONSUMER ONLINE INTERNATIONAL WIRE VIA: CITIBANK N.A./0008 A/C: ARAB BANK PLC RAMALLAH PALESTINE, STATE OF PS BEN: ABDALFATTAH ADHAMI RAMALLAH 1476 PS REF: LAND PAYMENT PERSONAL EXPENSES/CCT/LZ9UGG5Q00AJ LAND PAYMENT SSN: 00441075 TRN: 3274124213ES | 8,000.00 |
| JPMC[redacted]0028 | Abdel I Adhami | 9/3/2024 | CONSUMER ONLINE INTERNATIONAL WIRE VIA: CITIBANK N.A./0008 A/C: ARAB BANK PLC RAMALLAH PALESTINE, STATE OF PS BEN: ABDALFATTAH ADHAMI RAMALLAH 1476 PS REF: LAND PAYMENT PERSONAL EXPENSES/CCT/M0JNHDJD00AD LAND PAYMENT SSN: 00532674 TRN: 3042474247ES | 12,300.00 |
| JPMC[redacted]0028 | Abdel I Adhami | 10/1/2024 | CONSUMER ONLINE INTERNATIONAL WIRE VIA: CITIBANK N.A./0008 A/C: ARAB BANK PLC RAMALLAH PALESTINE, STATE OF PS BEN: ABDALFATTAH ADHAMI RAMALLAH 1476 PS REF: LAND PAYMENT PERSONAL EXPENSES/CCT/M1QPW2J700AH LAND PAYMENT SSN: 00492477 TRN: 3974304275ES | 12,000.00 |
| JPMC[redacted]0028 | Abdel I Adhami | 11/4/2024 | CONSUMER ONLINE INTERNATIONAL WIRE VIA: CITIBANK N.A./0008 A/C: ARAB BANK PLC RAMALLAH PALESTINE, STATE OF PS BEN: ABDALFATTAH ADHAMI RAMALLAH 1476 PS REF: LAND PAYMENT REAL ESTATE PURCHASE/CCT/M2Z6D4YV00AG LAND PAYMENT SSN: 00302095 TRN: 3213884309ES | 11,000.00 |
| JPMC[redacted]0028 | Abdel I Adhami | 12/2/2024 | CONSUMER ONLINE INTERNATIONAL WIRE VIA: CITIBANK N.A./0008 A/C: ARAB BANK PLC RAMALLAH PALESTINE, STATE OF PS BEN: ABDALFATTAH ADHAMI RAMALLAH 1476 PS REF: LAND PAYMENT PERSONAL EXPENSES/CCT/M47DI66N00AE LAND PAYMENT SSN: 00603433 TRN: 3887544337ES | 11,000.00 |
| JPMC[redacted]0028 | Abdel I Adhami | 1/2/2025 | CONSUMER ONLINE INTERNATIONAL WIRE VIA: CITIBANK N.A./0008 A/C: ARAB BANK PLC RAMALLAH PALESTINE, STATE OF PS BEN: ABDALFATTAH ADHAMI RAMALLAH 1476 PS REF: LAND PAYMENT PERSONAL EXPENSES/CCT/M5FR39NQ00AD LAND PAYMENT SSN: 00520050 TRN: 3774655002ES | 11,000.00 |
| JPMC[redacted]0028 | Abdel I Adhami | 2/3/2025 | CONSUMER ONLINE INTERNATIONAL WIRE VIA: CITIBANK N.A./0008 A/C: ARAB BANK PLC RAMALLAH PALESTINE, STATE OF PS BEN: ABDALFATTAH ADHAMI RAMALLAH 1476 PS REF: LAND PAYMENT PERSONAL EXPENSES/CCT/M6O5B0K900AH LAND PAYMENT SSN: 00303601 TRN: 3284725034ES | 12,000.00 |
| JPMC[redacted]0028 | Abdel I Adhami | 3/3/2025 | CONSUMER ONLINE INTERNATIONAL WIRE VIA: CITIBANK N.A./0008 A/C: ARAB BANK PLC RAMALLAH PALESTINE, STATE OF PS BEN: ABDALFATTAH ADHAMI RAMALLAH 1476 PS REF: LAND PAYMENT PERSONAL EXPENSES/CCT/M7SINHLM00AE LAND PAYMENT SSN: 00383233 TRN: 3392345062ES | 11,000.00 |
| JPMC[redacted]9065 | Abdel I Adhami | 4/2/2025 | CONSUMER ONLINE INTERNATIONAL WIRE VIA: CITIBANK N.A./0008 A/C: ARAB BANK PLC RAMALLAH PALESTINE, STATE OF PS BEN: ABDALFATTAH ADHAMI RAMALLAH 1476 PS REF: LAND PAYMENT PERSONAL EXPENSES/CCT/M8ZDD6ZN00AG LAND PAYMENT SSN: 00237660 TRN: 3034905092ES | 11,000.00 |

| | | | | | |
|---|---|---|---|---|---|
| JPMC[redacted]0028 | Abdel I Adhami | 5/2/2025 | CONSUMER ONLINE INTERNATIONAL WIRE VIA: CITIBANK N.A./0008 A/C: ARAB BANK PLC RAMALLAH PALESTINE, STATE OF PS BEN: ABDALFATTAH ADHAMI RAMALLAH 1476 PS REF: LAND PAYMENT PERSONAL EXPENSES/CCT/MA747RC400AH LAND PAYMENT SSN: 00532148 TRN: 3656765122ES | 13,000.00 | |
| JPMC[redacted]0028 | Abdel I Adhami | 5/29/2025 | CONSUMER ONLINE INTERNATIONAL WIRE VIA: CITIBANK N.A./0008 A/C: ARAB BANK PLC RAMALLAH PALESTINE, STATE OF PS BEN: ABDALFATTAH ADHAMI RAMALLAH 1476 PS REF: LAND PAYMENT REAL ESTATE PURCHASE/CCT/MB8T6IU200AG LAND PAYMENT SSN: 00269435 TRN: 3107935149ES | 25,000.00 | |
| JPMC[redacted]0028 | Abdel I Adhami | 6/2/2025 | CONSUMER ONLINE INTERNATIONAL WIRE VIA: CITIBANK N.A./0008 A/C: ARAB BANK PLC RAMALLAH PALESTINE, STATE OF PS BEN: ABDALFATTAH ADHAMI RAMALLAH 1476 PS REF: LAND PAYMENT PERSONAL EXPENSES/CCT/MBBEI9BC00AD LAND PAYMENT SSN: 00211232 TRN: 3112105153ES | 25,000.00 | |
| JPMC[redacted]0028 | Abdel I Adhami | 2/3/2026 | Consumer Online International Wire Via: Citibank N A./0008 A/C: Arab Bank Plc Ramallah Palestine, State of Ps Ben: Abdalfattah Adhami Ramallah 1476 Ps Ref: Land Payment Personal Expenses/Cct/Ml727Mru00Ad Land Payment Ssn: 00640177 Trn: 3720976034Es | 100,000.00 | |
| RE[redacted]8437 | Abdel Adhami | 3/13/2026 | Wire Transfer Abdalfattah Ad | 98,000.00 | |
| | | | | **626,400.00** | 30 Wires |

AO386-C
**GOVERNMENT EXHIBIT**
Admitted on 10-14-2026 onme
CASE NO. 26-Cr-211 "P"
EXHIBIT NO. 5