# Legal/Immigration Interpretation DOCUMENTS


## Jumanah A. Hamide

**Louisiana Supreme Court Registered Interpreter**
**Extensive experience in Depositions and Immigration Interviews**

jumanah@zaynnahtravel.com
Office 504-838-7070 | SMS / WhatsApp 504-621-7070


**File Name:** Land Purchase, Registration, Payment, and Architectural Documents
**Date:** June 27, 2024, through September 7, 2025
**Summary edited by:** Jumanah A. Hamide

This collection documents the purchase, registration, payment, and planned development of a 1,107-square-meter **Miri land** parcel, Parcel No. 378 in Basin No. 1, in Sarda, Ramallah and Al-Bireh Governorate, registered in the name of Abdel Fattah Ibrahim Abdel Fattah Adhami. The sale and purchase agreement, dated June 27, 2024, states a total purchase price of $325,000, including an initial $200,000 payment and a remaining $125,000 payable through 13 Arab Bank checks. The file includes copies of those checks, payable to the seller, as well as a bank receipt reflecting the $200,000 payment. It also includes an architectural services offer and agreement from ARCADA for the design of a private villa on the property, with a stated total design fee of $16,000, and a signed receipt confirming a $5,000 initial payment toward that work.

** ***Miri land*** (أرض أميرية) is a historical land classification from Ottoman land law. In simple terms, the ultimate title was traditionally held by the state, while an individual could hold registered rights to use, possess, sell, and pass the land to heirs. It is not the same thing as saying he has no rights in the land.

DEFENDANT'S EXHIBIT
tabbies
26-cr-211
A
Admitted on 10/14/26

State of Palestine
Land Authority

دولة فلسطين
سلطة الأراضي

# سند تسجيل

المحافظة: رام الله والبيرة　　القرية/الـ : سردة　　رقم الملف : 2024/ج/20534
رقم العقـد : 20461/2025
الحوض: (1) الصفحة　　الحي : ()　　وتاريخـه : 25/08/2025

| رقم الحوض | نوع الارض | الإشارة إلى الخريطة |
|---|---|---|
| 1 | | |
| رقم القطعة 378 | ميري | المقياس : 1/625 |
| نقلت من قطعة رقم: 333 | القيمة:- 6د 287ف | المساحة : مترمربع 107 دونم 1 |
| نقلت إلى قطعة رقم: | | ض.الاراضي : فلس -- دينار -- |

| إسم المتصرف | تاريخ السند | نوع معاملة | الحصص |
|---|---|---|---|
| عبد الفتاح ابراهيم عبد الفتاح ادهمي رقم وثيقة 414542159 | 25/08/2025 | البيع | كاملا |

دولـــــة فـلسطـــين
سلطة الاراضي
مأمور تسجيل اراضي رام الله والبيرة

دولـــــة فـلسطـــين
سلطة الاراضي
مأمور تسجيل اراضي رام الله والبيرة

إن الأموال غير المنقولة المبينة أوصافها أعلاه مسجلة بأسماء المتصرفين المذكورين وقد أعطي هذا السند شهادة بذلك.

في 26/Aug سنة 2025　　مدير تسجيل اراضي : رام اللــه .

دققت من قبل : solafaYahya .
اصدرت من قبل : solafaYahya .

26/08/2025 - 02:33
صفحة 1 من 1

27 -06- 2024

A 2943

بسم الله الرحمن الرحيم

اتفاقية بيع ( قطعة ارض )

الفريق الاول :( البائع )

عبدالله لطفي عبدالله حسن من سكان سردا/رام الله هويه رقم ( 452578925 )

الفريق الثاني : ( المشتري )

عبدالفتاح ابراهيم عبدالفتاح ادهمي من سكان البيره هويه رقم ( 414542159 )

التعريفات

يكون للعبارات والكلمات الوارده في هذه الاتفاقيه المعاني المخصصه لها أدناه ما لم تدل القرينه أو السياق على خلاف ذلك :-

موضوع العقد ( المبيع )

قطعة الأرض رقم ( 378 ) حوض رقم ( 1 ) الصفحه من أراضي قرية سرده قضاء محافظة رام الله والبيره والبالغه مساحتها ( 1107 متر مربع ) وذلك بموجب سند تسجيل صادر عن سلطة الأراضي بتاريخ 2024/6/5 ( سجل الاموال غير المنقوله ) وخارطة المساحه المنظمه من قبل المساح المرخص ( جمال شاهين ) بتاريخ 2024/6/4 ، وبراءة الذمه الصادره عن ( بلدية سردا ابوقش ) ودائرة ضريبة الاملاك بتاريخ 2024/6/6 ، والتي تعتبر جزء لا يتجزا من هذه الاتفاقيه .

مقدمة الاتفاقيه :

حيث إن الفريق الأول يملك ويتصرف في قطعة الارض رقم ( 378 ) حوض رقم ( 1 ) الصفحه من أراضي قرية سرده قضاء محافظة رام الله والبيره والبالغه مساحتها ( 1107 متر مربع ) ، وحيث أن الفريق الثاني يرغب في شراء قطعة الارض المذكوره بعد ان قام بالكشف الحسي على المبيع ومعاينة الموقع معاينه تامه نافيه لأي جهاله واحاط احاطه كامله بكافة الامور المتعلقه بسند الملكيه وموقع قطعة الارض المذكوره ، بموجب سند التسجيل ومخطط الموقع والذي يعتبر جزء لا يتجزأ من هذه الاتفاقيه ويقرأ معها ، وحيث ان الفريق الاول وافق على هذا بيع قطعة الارض المذكوره والموصوفه اعلاه للفريق الثاني لذلك وتوثيقا لهذا التعاقد وحفاظا لحقوق الفريقين فقد اتفق الفريقان وهما بكامل الصفات المعتبره شرعا وقانونا على ما يلي من الشروط :

أولا : يصرح الفريقان بان مقدمة هذه الاتفاقيه والمسميات والتعريفات والخرائط وبراءة الذمه المرفقه تعتبر جزء لا يتجزا منها وتقرا معها كبند من بنودها .

ثانيا: ثمن المبيع (سعر قطعة الارض المباعه)

اتفق الفريقان على ان ثمن قطعة الارض رقم ( 378 ) حوض رقم ( 1 ) الصفحه من اراضي قرية سرده قضاء رام الله والبيره هو مبلغ وقدره ( ثلاثمائة وخمسة وعشرون الف دولار امريكي / 325 الف دولار امريكي ) تدفع على النحو التالي:-

١ - مئتا الف دولار امريكي (200000 دولار امريكي) تدفع نقدا بموجب شيك مصدق مسحوب على البنك العربي فرع المناره عند توقيع هذه الاتفاقيه وفتح صفقه عقاريه ( معاملة بيع على قطعة الارض المباعه ) لدى دائرة اراضي رام الله ، وعمل وكاله دوريه لقطعة الارض لدى كاتب عدل رام الله حسب الاصول ، ويعتبر توقيع الفريق الاول على هذه الاتفاقيه بمثابة اقرار منه باستلام اصل الشيك المصدق حسب الاصول.

٢ - باقي المبلغ ومقداره ( مائة وخمسة وعشرون الف دولار امريكي / 125000 دولار امريكي ) تدفع بموجب شيكات عددها ( 13 ) مسحوبه على البنك العربي / فرع المناره كما هو موضح ادناه :-

| | قيمة الشيك | رقم الشيك | البنك المسحوب عليه | تاريخ الاستحقاق | المستفيد |
|---|---|---|---|---|---|
| 1 | $ 5000 | 22408582 | العربي/ فرع المناره | 2024/8/10 | عبدالله حسن |
| 2 | $ 10000 | 22408584 | العربي/ فرع المناره | 2024/9/10 | عبدالله حسن |
| 3 | $ 10000 | 22408585 | العربي/ فرع المناره | 2024/10/10 | عبدالله حسن |
| 4 | $ 10000 | 22408586 | العربي/ فرع المناره | 2024/11/10 | عبدالله حسن |
| 5 | $ 10000 | 22408587 | العربي/ فرع المناره | 2024/12/10 | عبدالله حسن |
| 6 | $ 10000 | 22408588 | العربي/ فرع المناره | 2025/1/10 | عبدالله حسن |
| 7 | $ 10000 | 22408589 | العربي / فرع البيره | 2025/2/10 | عبدالله حسن |
| 8 | $ 10000 | 22408590 | العربي/ فرع المناره | 2025/3/10 | عبدالله حسن |
| 9 | $ 10000 | 22408591 | العربي/ فرع المناره | 2025/4/10 | عبدالله حسن |
| 10 | $ 10000 | 22408593 | العربي/ فرع المناره | 2025/5/10 | عبدالله حسن |
| 11 | $ 10000 | 22408592 | العربي/ فرع المناره | 2025/6/10 | عبدالله حسن |
| 12 | $ 10000 | 22408594 | العربي/ فرع المناره | 2025/7/10 | عبدالله حسن |
| 13 | $ 10000 | 22408595 | العربي/ فرع المناره | 2025/8/10 | عبدالله حسن |
| | $ 125000 | المجموع | | | |

وتعتبر هذه الشيكات جزء لا يتجزأ من هذه الاتفاقيه وتقرأ معها .

ثالثا : بمجرد توقيع الفريق الاول على هذه الاتفاقيه فإنه يسمح للفريق الثاني بوضع اليد والتصرف في قطعة الارض المباعه والتي تحمل الرقم ( 378 ) حوض رقم ( 1 ) الصفحه من أراضي قرية سرده قضـاء رام الله تصرف المالك في ملكه دون اية معارضه من احد ، وكذلك تصبح قطعة الارض المباعه المذكوره والموصـوفه اعلاه ملكا خالصا للفريق الثاني ويحق له بيعها والتصرف فيها تصرف المالك في ملكه ، وكذلك يحق للفريـق الثاني الرهن او الهبه او التنازل عن المبيع لأي شخص اخر دون اية معارضه من الفريق الاول .

رابعا : بمجرد التوقيع على هذه الاتفاقيه يلتزم الفريق الاول بفتح صفقة عقاريه لصالح الفريق الثاني امام دائرة تسجيل أراضي رام الله لقطعة الارض المباعه رقم ( 378 ) حوض رقم ( 1 ) الصفحه من اراضي قرية سرده قضاء رام الله ، وكذلك عمل وكاله دوريه ووكاله خاصه لدى كاتب عدل رام الله لقطعـة الارض المباعه المذكوره ، على أن تكون رسوم كاتب العدل للوكاله الدوريه والوكاله الخاصه المتعلقـه بقطعـة الارض المباعه على الفريق الثاني وحده ولا يحق له مطالبة الفريق الاول بأية مبالغ تكبدها في مقابل ذلك .

خامسا : يقر الفريق الأول ويلتزم بمجرد التوقيع على هذه الاتفاقيه ان يقوم بفتح معاملة بيـع ( صفقه عقاريه / التوقيع الاول ) لدى دائرة تسجيل أراضي رام الله على قطعة الارض المباعه رقم ( 378 ) حوض رقم ( 1 ) الصفحه من أراضي قرية سرده قضـاء رام الله ، وتسـجيلها باسم الفريق الثاني ( التوقيع الثاني / سماع الفراغ ) عند صرف وسداد قيمة اخر شـيك مـن الشيكات المذكوره أعلاه ، واستلام الفريق الثاني سند تسجيل لقطعة الارض المباعـه حسـب الأصول ووفق القانون .

سادسا : يحق للفريق الثاني تنفيذ الوكاله الدوريه المتعلقه بقطعة الارض المباعه المنظمه والمصدقه لدى كاتب عدل رام الله خلال مده اقصاها سنه من تاريخ توقيع هذه الاتفاقيه على ان يكون جميع الشيكات المذكوره اعلاه قد تم صرفها للمستفيد الفريق الاول ،

سابعا : يقر الفريق الاول بأن قطعة الارض المباعه والموصوفه اعلاه والتي تحمل الرقم ( 378 ) حوض رقم ( 1 ) الصفحه من اراضي قرية سرده قضاء رام الله غير مباعه او مرهونه او محجـوزه ولا يوجـد عليها اي حق لأي شخص او جهه كانت تحت طائلة المسؤوليه القانونيه ، ويقر الفريق الأول كذلك ويلتزم ويتعهد بتحمل كامل المسؤوليه القانونيه والعشائريه عن اية ادعاءات من قبل الغير تتعلق بملكية قطعـة الارض المباعه، تحت طائلة المسؤوليه القانونيه المدنيه والجزائيه .

ثامنا : يقر الفريقان انه تم الاتفاق فيما بينهم على ان المبلغ المتفق من ثمن الارض المباعه موضوع هـذه الاتفاقيه هو مبلغ وقدره ( 125000 دولار أمريكي ) يدفع على اقساط شهريه بموجب الشيكات المذكوره اعلاه في

الجدول مسحوبه على البنك العربي فرع المناره قيمة الشيك الاول 5000 دولار امريكي يدفع بتاريخ 2024/8/10 وقيمة الشيك الثاني 10000 دولار امريكي يدفع بتاريخ 2024/9/10 وهكذا حتى السداد التام، **ويعتبر توقيع الفريق الاول على هذه الاتفاقيه إقرار منه باستلام أصل الشيكات المذكوره في الجدول اعلاه عدد( 13 شيك ) بمبلغ اجمالي ( 125000 دولار امريكي ) وهو المبلغ المتبقي من ثمن الارض المباعه .**

تاسعا : ( رسوم التخمين ) يتحمل الفريقان جميع ما يترتب من رسوم ومصاريف معاملة البيع والتسجيل ( الصفقه العقاريه ) لدى دائرة تسجيل اراضي رام الله لقطعة الارض المباعه ، حيث تفهم الفريقان بأن نسبة الرسوم المقرره قانونا على معاملة البيع لقطعة الارض المباعه هي ( 3% من قيمة التخمين المقرر من قبل دائرة الاراضي لقطعة الارض المباعه ) حيث تم الاتفاق بين الفريقين على ان يدفع الفريق الاول ( البائع ) نسبة 1% من قيمة مبلغ التخمين ، وكذلك يدفع الفريق الثاني ( المشتري ) مبلغ 2% من قيمة مبلغ التخمين ، ويتم الدفع حين الطلب واستلام وصل الدفع .

عاشرا : يقر الفريق الاول بأنه لا يوجد اية اتفاقيات بيع سابقه على هذه الاتفاقيه لأي شخص أو جهه كانت لقطعة الارض المباعه للفريق الثاني تحت طائلة المسؤوليه القانونيه المدنيه والجزائيه والعشائريه ، وكذلك يتعهد ويلتزم الفريق الثاني بدفع وصرف قيمة الشيكات المذكوره اعلاه في الجدول بمواعيد وتواريخ استحقاقها تحت طائلة المسؤوليه القانونيه المدنيه والجزائيه في حالة ارجاع الشيك لعدم كفاية الرصيد فقط ويغرم بمبلغ خمسة وعشرون الف دولار امريكي .

حادي عشر : يتعهد ويلتزم الفريق الاول بإقرار هذا الاتفاق على البيع والفراغ والمصادقه عليه لدى جميع الجهات المختصه بما فيها دائرة الاراضي والمساحه وضريبة الاملاك ووزارة الحكم المحلي وبلدية سردا ابوقش ،كما يلتزم الفريق الاول باحضار جميع المستندات لإجراء معاملة البيع لغايات التنازل وتسليم الفريق الثاني سند التسجيل لقطعة الارض المباعه التي تحمل الرقم ( 378 ) حوض رقم ( 1 ) الصفحه من اراضي قرية سردا موضوع هذه الاتفاقيه وكذلك يلتزم الفريق الاول بالمثول أمام أية دائره وتقديم جميع ما يلزم من مستندات وتوقيعات وتسهيلات لإتمام هذا البيع والفراغ والتنازل لصالح الفريق الثاني أمام مأمور تسجيل الأراضي أو المساحه او الماليه ، كما يلتزم الفريق الاول باحضار براءات الذمه من ضريبة الاملاك وبلدية سردا ابو قش لقطعة الارض المباعه من تاريخ توقيع هذه الاتفاقيه حتى تاريخ سماع الفراغ لدى دائرة أراضي رام الله وتسجيل قطعة الارض المباعه على اسم الفريق الثاني .

<u>ثاني عشر : تعتبر جميع المرفقات المذكوره في هذه الاتفاقيه جزء لا يتجزأ منها وتقرأ معها وهي ما يلي :-</u>

١- سند تسجيل صادر عن سلطة الاراضي ( سجل الاموال الغير منقوله ) بتاريخ 2024/6/5 لقطعة الارض رقم ( 378 ) حوض رقم ( 1 ) المقدمة من اراضي قرية سردة قضاء رام الله والبيره .

٢- شيكات شهريه عدد ( 13 شيك ) مسحوبه على البنك العربي فرع المناره ( قيمة الشيك الاول 5000 دولار امريكي ويحمل الرقم 22408582 مستحق بتاريخ 2024/8/10، وقيمة الشيك الثاني 10000 دولار امريكي يحمل الرقم 22408584 مستحق بتاريخ 2024/9/10 وهكذا باقي الشيكات حتى السداد التام .

٣- خارطة مساحه منظمه من قبل المساح المرخص ( جمال شاهين ) لقطعة الارض المباعه رقم ( 378 ) حوض رقم ( 1 ) المقدمه من اراضي قرية سردا قضاء رام الله بتاريخ 2024/6/4 .

٤- الهوية الشخصيه للفريق الاول ( البائع ) والهوية الشخصيه للفريق الثاني ( المشتري ) .

٥- الوكاله الدوريه والوكاله الخاصه المنظمه لدى كاتب عدل رام الله بتاريخ توقيع هذه الاتفاقيه لقطعة الارض المباعه .

٦- براءة الذمه لقطعة الارض المباعه صادره عن دائرة ضريبة الاملاك بتاريخ 2024/6/6 لسنة 2024 / وبراءة الذمه لقطعة الارض المباعه صادره عن بلدية سردا ابوقش بتاريخ 2024/6/6 لسنة 2024 .

<u>ثالث عشر</u> : في حال نشوب أي خلاف حول بنود هذه الاتفاقيه فانه يتم اللجوء للمحاكم المختصه في مدينة رام الله حسب الأصول ووفق القانون .

<u>رابع عشر :</u> إن هذا الاتفاق بين الفريقين المذكورين على البيع والشراء حسب البيان والشروط الوارده اعلاه هو اتفاق بات ونهائي لا رجوع عنه وملزم للفريقين على السواء ، فإذا اخل أي من الفريقين بأي من الالتزامات المبينه في هذه الاتفاقيه و/او قام أي منهما بأي عمل او فعل او تصرف او تعرض او قام بأي إجراء او امتنع عن القيام بأي عمل يتوجب عليه القيام به بموجب هذه الاتفاقيه و/او اذا اخل بأي من الالتزامات المفروضه عليه بموجبها و/او بأي تعهد من تعهداته و/او قام بأي تصرف يخل بمضمون هذه الاتفاقيه ويؤدي الى الإضرار بالفريق الاخر فانه يكون ملزما بتحمل كل عطل او ضرر قد يلحقه بالفريق الاخر .

خامس عشر : يبدأ سريان هذه الاتفاقيه لحظة توقيعها ويصرح كل من الفريقين بان هذه الاتفاقيه ملزمه لكل منهما وذلك حتى تاريخ استلام الفريق الثاني سند التسجيل لقطعة الارض المباعة حسب الاصــول ، ولا يجــوز لأي من الفريقين التحلل من الالتزامات المفروضه عليه بموجبها تحت طائلة دفع العطل والضرر الذي قد يلحقه بالفريق الاخر ويقدر بمبلغ وقدره ( مئتا الف دولار امريكي / 200000 دولار امريكي ).

سادس عشر : تتكون هذه الاتفاقيه من ستة عشره بندا فقط ولا تعتبر ساريه الا بتوقيعها مــن قبــل اطرفهــا وتصديقها حسب الاصول .

على هذه الشروط تم الاتفاق وتحرير هذا العقد للعمل بموجبه بحسن النيه الكامنه وباعتباره التزاما نهائيا بالبيع لصالح الفريق الثاني وعلى ذلك جرى التوقيع بحضور الفريقين بعد ان تفهما مضمونه والالتزامات المفروضه بموجبه دون ضغط او إكراه من احد وعلى ذلك وقع الشهود . تحريرا في 2024/6/27

| الفريق الاول | الفريق الثاني |
|---|---|
| شاهد | شاهد |

استلمت أصل الشيكات بتاريخ ٢٠٢٤/٦/٢٧

سامي

---

البنك العربي
ARAB BANK

المنارة
ALMANARAH

//

السيد/ عبدالفتاح ابراهيم عبدالفتاح ادهمي
MR. ABDALFATTAH IBRAHIM ABDALFATTAH ADHAMI
المنارة
9230-260762-0/510
OTHER-BIREH-NABLUS
Id. 414542159 Tel. 599842122

pay to the order of عبد اللطيف عبدالله حسن ادفعوا لأمر

the amount of عشرة آلاف دولار فقط لا غير مبلغ وقدره

USD 10,000.00

Signature توقيع

date 10/04/2025 تاريخ

ARAB BANK

22408591

⑈22408591⑈ ⑆49⑈865441⑆ 260762051 0⑈

---

البنك العربي
ARAB BANK

المنارة
ALMANARAH

//

السيد/ عبدالفتاح ابراهيم عبدالفتاح ادهمي
MR. ABDALFATTAH IBRAHIM ABDALFATTAH ADHAMI
المنارة
9230-260762-0/510
OTHER-BIREH-NABLUS
Id. 414542159 Tel. 599842122

pay to the order of عبد اللطيف عبدالله حسن ادفعوا لأمر

the amount of عشرة آلاف دولار فقط لا غير مبلغ وقدره

USD 10,000.00

Signature توقيع

date 10/05/2025 تاريخ

ARAB BANK

22408593

⑈22408593 ⑆49⑈865441⑆ 260762051 0⑈

---

البنك العربي
ARAB BANK

المنارة
ALMANARAH

//

السيد/ عبدالفتاح ابراهيم عبدالفتاح ادهمي
MR. ABDALFATTAH IBRAHIM ABDALFATTAH ADHAMI
المنارة
9230-260762-0/510
OTHER-BIREH-NABLUS
Id. 414542159 Tel. 599842122

pay to the order of عبد اللطيف عبدالله حسن ادفعوا لأمر

the amount of عشرة آلاف دولار فقط لا غير مبلغ وقدره

USD 10,000.00

Signature توقيع

date 10/06/2025 تاريخ

ARAB BANK

22408592

⑈22408592 ⑆49⑈865441⑆ 260762051 0⑈

---

البنك العربي
ARAB BANK

المنارة
ALMANARAH

//

السيد/ عبدالفتاح ابراهيم عبدالفتاح ادهمي
MR. ABDALFATTAH IBRAHIM ABDALFATTAH ADHAMI
المنارة
9230-260762-0/510
OTHER-BIREH-NABLUS
Id. 414542159 Tel. 599842122

pay to the order of عبد اللطيف عبدالله حسن ادفعوا لأمر

the amount of عشرة آلاف دولار فقط لا غير مبلغ وقدره

USD 10,000.00

Signature توقيع

date 10/07/2025 تاريخ

ARAB BANK

22408594

⑈22408594 ⑆49⑈865441⑆ 260762051 0⑈

البنك العربي
ARAB BANK

المنارة
ALMANARAH

//

السيد/ عبدالفتاح ابراهيم عبدالفتاح ادهمي
MR. ABDALFATTAH IBRAHIM ABDALFATTAH ADHAMI
المنارة
9230-260762-0/510
OTHER–BIREH–NABLUS
Id. 414542159 Tel. 599842122

pay to the order of عبدالله لطفي عبدالله حسن ادفعوا لأمر

the amount of عشرة آلاف دولار فقط لاغير مبلغ وقدره

USD 10,000.00

Signature [signature] توقيع

date 10/12/2024 تاريخ

ARAB BANK

22408587

⑈22408587⑈ ⑆49⑈865441⑆ 26076205100⑈

---

البنك العربي
ARAB BANK

المنارة
ALMANARAH

//

السيد/ عبدالفتاح ابراهيم عبدالفتاح ادهمي
MR. ABDALFATTAH IBRAHIM ABDALFATTAH ADHAMI
المنارة
9230-260762-0/510
OTHER–BIREH–NABLUS
Id. 414542159 Tel. 599842122

pay to the order of عبدالله لطفي عبدالله حسن ادفعوا لأمر

the amount of عشرة آلاف دولار فقط لاغير مبلغ وقدره

USD 10,000.00

Signature [signature] توقيع

date 10/01/2025 تاريخ

ARAB BANK

22408588

⑈22408588⑈ ⑆49⑈865441⑆ 26076205100⑈

---

البنك العربي
ARAB BANK

المنارة
ALMANARAH

//

السيد/ عبدالفتاح ابراهيم عبدالفتاح ادهمي
MR. ABDALFATTAH IBRAHIM ABDALFATTAH ADHAMI
المنارة
9230-260762-0/510
OTHER–BIREH–NABLUS
Id. 414542159 Tel. 599842122

pay to the order of عبدالله لطفي عبدالله حسن ادفعوا لأمر

the amount of عشرة آلاف دولار فقط لاغير مبلغ وقدره

USD 10,000.00

Signature [signature] توقيع

date 10/02/2025 تاريخ

ARAB BANK

22408589

⑈22408589⑈ ⑆49⑈865441⑆ 26076205100⑈

---

البنك العربي
ARAB BANK

المنارة
ALMANARAH

//

السيد/ عبدالفتاح ابراهيم عبدالفتاح ادهمي
MR. ABDALFATTAH IBRAHIM ABDALFATTAH ADHAMI
المنارة
9230-260762-0/510
OTHER–BIREH–NABLUS
Id. 414542159 Tel. 599842122

pay to the order of عبدالله لطفي عبدالله حسن ادفعوا لأمر

the amount of عشرة آلاف دولار فقط لاغير مبلغ وقدره

USD 10,000.00

Signature [signature] توقيع

date 10/03/2025 تاريخ

ARAB BANK

22408590

⑈22408590⑈ ⑆49⑈865441⑆ 26076205100⑈

---

استلمت الشيكات بتاريخ [illegible]

[illegible]

البنك العربي
ARAB BANK
المنارة
ALMANARAH

السيد/ عبدالفتاح ابراهيم عبدالفتاح ادهمي
MR. ABDALFATTAH IBRAHIM ABDALFATTAH ADHAMI
المنارة
9230-260762-0/510
OTHER-BIREH-NABLUS
Id. 414542159 Tel. 599842122

pay to the order of | عبدالله لطفي عبدالله حسن | ادفعوا لأمر

the amount of | عشرة الآف دولار فقط لا غير | مبلغ وقدره

USD 10,000.00

Signature توقيع

date 10/11/2024 تاريخ

ARAB BANK
22408586

⑈22408586 ⑆49⑈865444 260762051 0⑈

---

البنك العربي
ARAB BANK
المنارة
ALMANARAH

السيد/ عبدالفتاح ابراهيم عبدالفتاح ادهمي
MR. ABDALFATTAH IBRAHIM ABDALFATTAH ADHAMI
المنارة
9230-260762-0/510
OTHER-BIREH-NABLUS
Id. 414542159 Tel. 599842122

pay to the order of | عبدالله لطفي عبدالله حسن | ادفعوا لأمر

the amount of | عشرة الآف دولار فقط لا غير | مبلغ وقدره

USD 10,000.00

Signature توقيع

date 10/10/2024 تاريخ

ARAB BANK
22408585

⑈22408585 ⑆49⑈865444 260762051 0⑈

---

البنك العربي
ARAB BANK
المنارة
ALMANARAH

السيد/ عبدالفتاح ابراهيم عبدالفتاح ادهمي
MR. ABDALFATTAH IBRAHIM ABDALFATTAH ADHAMI
المنارة
9230-260762-0/510
OTHER-BIREH-NABLUS
Id. 414542159 Tel. 599842122

pay to the order of | عبدالله لطفي عبدالله حسن | ادفعوا لأمر

the amount of | عشرة الآف دولار لا غير | مبلغ وقدره

USD 10,000.00

Signature توقيع

date 10/09/2024 تاريخ

ARAB BANK
22408584

⑈22408584 ⑆49⑈865444 260762051 0⑈

---

البنك العربي
ARAB BANK
المنارة
ALMANARAH

السيد/ عبدالفتاح ابراهيم عبدالفتاح ادهمي
MR. ABDALFATTAH IBRAHIM ABDALFATTAH ADHAMI
المنارة
9230-260762-0/510
OTHER-BIREH-NABLUS
Id. 414542159 Tel. 599842122

pay to the order of | عبدالله لطفي عبدالله حسن | ادفعوا لأمر

the amount of | خمسة الآف دولار لا غير | مبلغ وقدره

USD 5,000.00

Signature توقيع

date 10/08/2024 تاريخ

ARAB BANK
22408582

⑈22408582 ⑆49⑈865444 260762051 0⑈

استلمت الشيكات بتاريخ ٢٧/٦/٢٠٢٤
[illegible]

البنك العربي
ARAB BANK

المنارة
ALMANARAH

السيد/ عبدالفتاح ابراهيم عبدالفتاح ادهمي
MR. ABDALFATTAH IBRAHIM ABDALFATTAH ADHAMI
المنارة
9230-260762-0/510
OTHER-BIREH-NABLUS
Id. 414542159 Tel. 599842122

pay to the order of | عبدالله الحنفي عبدالله حسن | ادفعوا لأمر

the amount of | عشرة الاف دولار فقط لا غير | مبلغ وقدره

USD 10,000.00

Signature توقيع

date 10/08/2025 تاريخ

ARAB BANK
22408595

22408595 49 865446 2607620510

استلمت اصل الشيك بتاريخ
اليوم ٢٧/٦/٢٠٢٤

**Date: September 7, 2025**

Mr. Abed al fatah al adhami

**Subject: ARCADA OFFER- Adhami Villa**

Following to our last meeting and as per our discussion please find attached ARCADA detailed offer, meanwhile I would like to thank you for this opportunity and would assure you that you will be receiving the best quality of work.

The offer consists of the following sections:

Part A: General description of the project

Part B: Scope of work

Part C: Price schedule and fees

Part D: ARCAD profile and list of projects is available upon request

We appreciate your business and feel free to contact me for any additional information.

Sincerely yours,

Arch. Ala Laila

General Manager

ARCADA Architecture & Interior Design

ARCADA Architecture & Interior Design

## Part A: General description of the project

The proposed project is a private villa to be located on a prime land in Surda village with an area 1107-meter square.

The project is estimated to have an area of 600–850-meter square which includes the following program:

1- BASEMENT FLOOR:

- Two cars parking garage.
- Storage.
- Mechanical room.
- Water reservoir.
- Water tank
- Stair unit with elevator connect all floors.
- Small apartment (living area, bed room, bath room, small kitchen).

2- GROUND FLOOR (Main floor):

- Main entrance lobby.
- Guest Sitting area.
- Family Sitting area with fire place.
- Main Kitchen – open to backyard garden and swimming pool with exterior sitting area.
- Dining area.
- Dirty kitchen & Pantry.
- Guest Toilet.
- Guest bed room.
- bath room
- Stair unit from ground to first (duplex stair unit)

ARCADA Architecture & Interior Design

- Stair unit with elevator connect all floors.
- Exterior toilet unit for garden use with shower.
- Exterior swimming pool
- Exterior water element.

3- FIRST FLOOR:

- One bed room for girls that includes its private walk-in closet & Bath room.
- Master suite and walk-in closet and bathroom.
- Two bed room with one Bath room.
- Family sitting with terrace.
- Laundry room with terrace.
- Stair unit with elevator connect all floors.

## Part B: Scope of work

### I. Phase one:

- **Preparation of all drawings and documents for license**
  - Site analysis and conceptual approach.
  - Architectural design.
  - Structural drawings.
  - Electromechanical drawings
- **Preparation of construction drawings**
  - Detailed Architectural drawings with all details, including excavation plans, floor plans, sections, elevations, wall sections, details for thermal and water proof insulation and doors and windows details, etc.
  - Detailed Structural drawings with all needed structural calculations and report. This include foundation plan, footing details, columns and wall details, reinforced slab plans, beam details, etc.
  - Detailed Electrical working drawings, including the earth leakage, the main power cables lines, main and sub distribution boards, lighting for interior and exterior for each floor, power plans, law voltage plans., (sound system and security system will provide upon request, price is not included in this offer).
  - Detailed Mechanical working drawings including sanitary plans for site and each floor, roof drain layout, water piping layout for each floor, roof tanks layout, gas piping plans and details for Baths and kitchen. Air conditioning system calculations for loads and locations for indoor unites and out door unites, swimming pool drawings.
  - Rendered 3d shots for the project.
  - BOQs calculations for construction phase.

ARCADA Architecture & Interior Design

# اتفاقية خدمات هندسية

في تاريخة تم الإتفاق بين

**فريق أول (صاحب العمل):** السيد/ عبد الفتاح إبراهيم عبد الفتاح أدهمي **رقم الهوية:**414542159

**العنوان:** البيرة/ محافظة رام الله والبيرة **رقم الهاتف:**0019417269750

**البريد الالكتروني:** keetom.kanadi.91@gmail.com

**يمثله في حال السفر:** السيد/ خالد شعبان عبد الفتاح الادهمي **رقم الهوية:**412141830

**رقم الهاتف:**0566282888

**فريق ثاني (المكتب الهندسي):** مكتب أركادا– عمارة وتصميم داخلي. **يمثله:** المهندس علاء عبد الحميد ليلى

**رقم تصنيفه:** 1021 **رقم الهاتف:** 02- 2958273

**البريد الالكتروني:** info@arcada-arch.com **رقم الموبايل:** 0599875370

**المشروع:** فيلا عبد الفتاح الادهمي

بناءً على رغبة الفريق الأول بعمل التصاميم الهندسية للبناء السكني الخاص به وحيث أن الفريق الثاني متخصص في هذا النوع من الخدمات فقد اتفق الفريقان على أن يقوم الفريق الثاني بأعمال التصميم للمشروع المذكور أعلاه على اراضي بلدة سردا (محافظة رام الله والبيرة)، الموقع: الصفحة، قطعة رقم:378 حوض رقم: 1، والبالغ مساحتها 1107 متر مربع حسب الشروط التالية:

## أولاً: التزامات الفريق الأول

1- يتعهد الفريق الأول بتنفيذ المشروع حسب المخططات المعدة من الفريق الثاني وألا يحدث اي تغيير عليها الا بموافقة الفريق الثاني الخطية.

2- يتعهد الفريق الأول بدفع بدل أتعاب اي تعديل على التصاميم المعتمدة من قبله والموافق عليها، ويتم الأتفاق بين الفريقين على ذلك.

3- يحمل الفريق الأول كامل المسؤولية عن اية اضرار ناتجة عن تغييره وعدم التزامه بالتصاميم والمواصفات المقترحة من قبل الطرف الثاني.

4- يتعهد الفريق الأول بدفع كافة اتعاب التصميم المتفق عليها في حال تأجيلة او عدوله عن تنفيذ او ترخيص المشروع بعد استكمال التصاميم المتفق عليها حسب عرض السعر المرفق والمتفق عليه من الطرفين.

5- يلتزم الفريق الأول بتسديد الدفعات المستحقة للفريق الثاني حسب شروط العقد.

## ثانياً: التزامات الفريق الثاني

1- يصرح الفريق الثاني بأنه مصنف لدى نقابة المهندسين ويسمح له بالتعاقد للقيام بالأعمال الهندسية في حدود تصنيفه.

2- يقوم الفريق الثاني بالالتزام بانجاز الاعمال المطلوبة منه كاملة حسب عرض السعر المتفق عليه بين الطرفين.

3- يقوم الفريق الثاني بالأعمال التالية من خلال مكتبه أو بالتعاون مع مكاتب هندسية أخرى، وتشمل الخدمات الهندسية أعمال الدراسة والتصميم، وتتم على مراحل كالتالي:

**أ- مرحلة الدراسة للمشروع وتشمل:**

- دراسة متطلبات المالك وتقديم المشورة بشأنها.
- دراسة خريطة الموقع والحصول على المواصفات وأنظمة البناء السارية من الجهات الرسمية واجراء المطابقة بين متطلبات المالك وهذه الأنظمة.
- اعداد رؤيا أولية للمشروع شاملة فكرة اولية عن التكلفة المتوقعة.

**ب- مرحلة التصميم المبدئي وتشمل:**

- اعداد وتقديم المخططات المبدئية وفقاً لمتطلبات المالك وبما لا يتعارض مع أنظمة البناء السارية في الموقع.
- الحصول على موافقة الفريق الأول على التصميم المقترح واجراء اية تعديلات لازمة للمباشرة بأعمال المرحلة التالية.

**ت- مرحلة التصميم النهائي لأغراض الترخيص والتنفيذ وتشمل:**

- القيام باستكمال أعمال التصاميم اللازمة للتصميم المقترح والمتفق عليه شاملاً كافة التخصصات (المعمارية، الأنشائية والألكتروميكانيك شاملاً كافة الأنظمة المطلوبة من طرف المالك).
- تقديم مقترحات للنظام الإنشائي المقترح بناء على فحص التربة وأخذ موافقة المالك على نظام محدد بناءً عليه يتم اعداد المخططات الأنشائية.
- تقديم المخططات لنقابة المهندسين للموافقة عليها وتصديقها.
- تقديم نسخ المخططات المصدقة من نقابة المهندسين الى البلدية ودوائر الخدمات المختصة للحصول على رخصة البناء.

**ث- مرحلة المخططات التنفيذية:**

ARCADA Architecture & Interior Design أركادا عمارة وتصميم داخلي

ARCADA
Architecture & Interior Design

مكتب أركادا – عمارة وتصميم داخلي

2025-9-7

# سند قبض

نحن الموقعين أدناه مكتب أركادا – عمارة وتصميم داخلي، استلمنا من عبد الفتاح إبراهيم عبد الفتاح أدهمي مبلغ وقدره خمسة الاف دولار امريكي ($5000) وذلك كدفعة أولى على حساب أتعاب أعمال التصميم لمشروع السيد عبد الفتاح الادهمي/ سردا، من أصل مبلغ اجمالي وقدره ستة عشر ألف دولار امريكي (16,000.00 $).

م. علاء ليلى
مكتب أركادا- عمارة وتصميم داخلي

ARCADA
Architecture & Interior Design
مكتب أركادا- عمارة وتصميم داخلي

-نسخة المالك
-نسخة المكتب

البنك العربي
ARAB BANK

For Arab Bank plc — عن البنك العربي ش.م.ع
Branch: — الفرع
A/C:90009623612840
ID:562800045 Tel. +9700229788100

| | | |
|---|---|---|
| DATE | | تاريخ |
| TO | | لأمر |
| PREVIOUS BALANCE | | رصيد سابق |
| PAYMENT | | دفعة |
| | | |
| | | |
| TOTAL | | المجموع |
| DRAWN | | سحب |
| BALANCE | | رصيد |

pay to the order of ______ ادفعوا لأمر

the amount of ______ مبلغ وقدره $

الى:مركز فروع فلسطين
To:Palestine Branches Center

Signature ______ توقيع date ______ تاريخ

20053414

طالب الإصدار MR. ABDALFATTAH IBRAHIM ABDALFATTAH **إشعار**
شراء ارض
قمنا بتنفيذ تعليماتكم بإصدار شيك و ذلك بالقيد على حسابكم 9230-260762-510
حسب التفاصيل التالية رقم الحساب الدولي PS27ARAB000000009230260762510
عملـــة الدفع USD

REF 90301240627000159

بتاريخ 27/06/2024 قيمة الشيك بـ USD ******200,000.00
مبلغ الشيك ******200,000.00 USD ***********20.00
رقم الشيك 20053414
عملة الشيك USD

مجموع المصاريف USD ***********20.00
المجموع USD ******200,020.00

SHARH27/06/24 27/06/24 13:19 9030 58 XMHJM 20053414
**يمكن تقديم الشيك لأي فرع من فروع البنك العربي** البنك العربي ش م ع