# Legal/Immigration Interpretation DOCUMENTS


## Jumanah A. Hamide

**Louisiana Supreme Court Registered Interpreter**
**Extensive experience in Depositions and Immigration Interviews**

jumanah@zaynnahtravel.com
Office 504-838-7070 | SMS / WhatsApp 504-621-7070


**File Name:** Sale and Purchase Agreement and Final Payment Receipt
**File No.:** N/A
**Contract** No.: N/A
**Date:** March 10, 2026
**Summary edited by:** Jumanah A. Hamide

A sale and purchase agreement dated March 10, 2026, concerns the entire 713-square-meter Parcel No. 305 in Basin No. 2, Al-Dhahr, in the lands of Sarda, Ramallah. The agreement identifies Abdel Fattah Ibrahim Abdel Fattah Adhami as the buyer and states a total purchase price of $240,000. An attached Arab Bank check, No. 22408597, is payable to Mohammed Mohammed Abdel Rahman Jbara in the amount of $120,000. In a handwritten receipt signed by Mr. Jbara and two witnesses, he acknowledges receiving the check from Abdel Fattah through Shaaban Adhami as the remaining balance of the purchase price and confirms that no further amounts are due to him.

DEFENDANT'S EXHIBIT
26-cr-211 B
Admitted on 10/14/2026

**اتفاقية تعهد بيع وشراء**
**قطعة ارض رقم (305) حوض (2) من اراضي سردا قضاء رام الله**
**جرى تحريرها وتوقيعها بتاريخ 2026/3/10 بمدينة رام الله**

**الفريق الأول:-** **1. محمد محمد عبد الرحمن جبرة / من رام الله / حامل هوية رقم (907030084)** بصفتي الوكيل الخاص عن السيد ( وليد ناجح ساري جرابعة ) بموجب الوكالة الخاصة رقم ( 2016/21578) والمصادق عليها امام كاتب عدل رام الله

**ويسمى فيما بعد "بالبائع"**

**الفريق الثاني:-** **عبد الفتاح ابراهيم عبد الفتاح ادهمي / من رام الله**
حامل بطاقة هوية رقم (414542159).

**ويسمى فيما بعد "بالمشتري"**

**مقدمة الإتفاقية:-** حيث أن الفريق الأول هو المالك والمتصرف الفعلي دون منازع أو معارض من أحد لكامل قطعة الأرض رقم (305) حوض (2) الظهير من ارضي بلدة سردا قضاء رام الله والبالغ مساحتها حسب سند التسجيل ( 713م) والتي آلت اليه بموجب الوكالة الخاصة رقم ( 2016/21578) عدل رام الله ، وحيث أن الفريق الأول يرغب في بيع والتنازل عن قطعة الارض الموصوفة اعلاه، وحيث أن الفريق الثاني يرغب في شراء القطعة الموصوفة أعلاه،حسب المبلغ المتفق عليه وبعد موافقة الفريق الأول على بيع القطعة المذكورة للفريق الثاني، وتلاقي الايجاب والقبول الصادر عن كل منهما، فقد تم الإتفاق بين الفرقاء على ما يلي من الشروط:-

**أولا:-** تعتبر مقدمة هذه الإتفاقية جزء لايتجزأ منها واحد بنودها الأساسية وتقرأ معها كوحدة واحدة.

**ثانيا:-** بموجب هذا الاتفاق، يصرح الفريق الاول انه المالك والمتصرف الوحيد دون منازع أو معارض من أحد لكامل قطعة الأرض رقم (305) حوض (2) الظهير من أراضي بلدة سردا قضاء رام الله بالغاً ما بلغت مساحتها والتي آلت اليه بموجب الوكالة الخاصة الموقعة لدى كاتب عدل رام الله تحت رقم ( 2016/21578) من المالك الاصلي للقطعة المذكورة ، وانه لا ينازعه بملكية الارض المذكورة اعلاه احد وعلى هذا الاساس تم البيع للفريق الثاني.

**ثالثاً:-** يقر الفريق الثاني بأنه قد عاين قطعة الارض الموصوفة أعلاه وتفحصها بشكل ناقي للجهالة.

**رابعاً:-** اتفق الفريقان بأن يكون ثمن قطعة الارض الموصوفة أعلاه مبلغ وقدره (**240000**) مئتان واربعون الف دولار امريكي، تدفع من الفريق الثاني لصالح الفريق الاول على النحو التالي:-

- مبلغ وقدره (**120000**) مائة وعشرون الف دولار امريكي تدفع من الفريق الثاني لصالح الفريق الأول بموجب شيك مستحق الاداء بتاريخ 11-3-2026 مسحوب لدى البنك العربي يحمل الرقم(**22408596**)فور توقيع هذه الاتفاقية ويعتبر توقيع الفريق الأول على هذه الاتفاقية اقرار وايصال منه باستلام الشيك المذكور ويلزم على الفريق الاول فور صرف الشيك المذكور فتح صفقة عقارية لدى دائرة تسجيل الارضي باسم ولصالح الفريق الثاني .
- يدفع باقي ثمن القطعة الارض الموصوفه اعلاه مبلغ وقدره (**120000**) مائة وعشرون الف دولار امريكي تدفع من الفريق الثاني لصالح الفريق الأول خلال مدة لا تتجاوز اسبوعين من تاريخ توقيع هذه الاتفاقية بموجب شيك .

محمد محمد عبد الرحمن جبرة

البنك العربي
ARAB BANK

المنارة
ALMANARAH

السيد/ عبدالفتاح ابراهيم عبدالفتاح ادهمي
MR ABDALFATTAH IBRAHIM ABDALFATTAH ADHAMI
المنارة
9230-260782-0/510
OTHER-BIREH-NABLUS
Id 414542159 Tel 599842122

pay to the order of | محمد محمد عبد الرحمن جبره | ادفعوا لأمر

the amount of | مئة وعشرون الف دولار لا غير | مبلغ وقدره

USD 120,000 $\frac{00}{100}$

Signature توقيع

date تاريخ

ARAB BANK
22408597

⑈22408597 ⑆49⑈865444 260762051 0⑈

أنا الموقع اسمي أدناه محمد محمد عبد الرحمن جبره حامل هوية رقم (907030084)
أقر وأعترف بأنني استلمت الشيك رقم (22408597) والمسحوب على البنك
العربي، والبالغ قيمته 120,000 مئة وعشرون الف دولار أمريكي
من السيد عبد الفتاح ابراهيم عبد الفتاح ادهمي عن طريق شعبان أدهمي
وذلك بدل باقي ثمن قطعة الأرض 305 حوض 2 من أراضي سردا
المباعة للسيد عبد الفتاح ابراهيم عبد الفتاح أدهمي. وأقر أنه لم يبق لي
في ذمة المذكور أعلاه اي مبالغ مستحقة وعلى هذا أوقع

محمد محمد عبد الرحمن جبره

شاهد      شاهد