# Legal/Immigration Interpretation DOCUMENTS


## Jumanah A. Hamide

**Louisiana Supreme Court Registered Interpreter**
**Extensive experience in Depositions and Immigration Interviews**

jumanah@zaynnahtravel.com
Office 504-838-7070 | SMS / WhatsApp 504-621-7070


**File Name:** Adhami_Project_and_Municipal_Payment_Receipts
**Date:** July 29, 2025, through September 5, 2026
**Summary edited by:** Jumanah A. Hamide

This collection includes the following payment receipts for Abdel Fattah Ibrahim Abdel Fattah Adhami:

- **Receipt No. 7868654:** $1,100 for a soil test for Mr. Adhami's project in Sarda.
- **Receipt No. 3335623:** 2,800 Jordanian dinars for design services for the Sarda project.
- **Receipt No. 7868661:** 5,900 Jordanian dinars for design services for the Sarda project.
- **Municipal Receipt No. 007540:** 495 Israeli shekels paid to Sarda and Abu Qash Municipality for road-level and street-designation fees for Parcel No. 305, Basin No. 2, Sarda. The final municipal document also confirms this same payment.

DEFENDANT'S EXHIBIT
tabbies
26-cr-211
D
Admitted on: 10/14/26

# سند قبض

7868654

| | |
|---|---|
| 1100.00 | JO.D |

وصلني من السيد : عيسى حمدان المحترم

مبلغ وقدره ألف ومئة دينار أردني فقط لا غير

وذلك عن : فحص تربة مشروع السيد عبد القادر الأدهمي

في سردا

التاريخ: 29/ 7 /2026 توقيع المستلم [illegible]

30/7/2026

# سند قبض

3335623

| | |
|---|---|
| 2800.00 | J.O.D |

وصلني من السيد: عبد القتام الأدمي المحترم

مبلغ وقدره: ألفان وثمانمئة دينار أردني فقط لا غير

وذلك عن: دفعة ٣ أتعاب تصميم مشروع سردا

التاريخ: 16 / 8 / 2026 توقيع المستلم [illegible]

# سند قبض

7868661

| | |
|---|---|
| * 900 * | J.O.D |

وصلني من السيد : عبد الفتاح الأدهمي المحترم

مبلغ وقدره تسعمئة دينار أردني فقط لا غير .

وذلك عن : أتعاب تصميم عمارة سوريا

وبالتالي وصول كافة المستحقات وهي 8100 دينار أردني

التاريخ: 5 / 9 / 2026 توقيع المستلم

Surda & Abu Qash Municipality
Abu Qash - Main Street
Ramallah,Palestine
Tel : 022810707/022819444

بلدية سردا ابوقش
ابوقش الشارع الرئيسي وسط القرية
فلسطين/رام الله
تلفون : 022819444/022810707

سند قبض # 007540

نسخة للتدقيق

التاريخ : 08/04/2026
الوقت : 10:03

مشتغل مرخص:000000000

المقبوض منه: رسوم تحديد منسوب وتحديد شارع [41020133]
بواسطة : عبدالفتاح الادهمي

المبلغ بالحروف : اربع مائةوخمس وتسعون شيكل جديد فقط لا غير

البيان : منسوب شارع ق305ح2سردا

المبلغ : NIS 495.00 نقدا : 495.00 شيكات : 0.0

توقيع امين الصندوق :..........

توقيع المستلم:.............

المحاسب:.............

Paid مدفوع
08-04-2026
بلدية سردا ابو قش

التاريخ : 2026/03/29

# اشعاردفع

يرجى من السيد /ة: عبد الفتاح الادهمي

دفع مبلغ بقيمة: 495 شيقل إسرائيلي

وذلك عن رسوم : بدل منسوب طريق قطعة 305 حوض 2 سردا

مع الاحترام

توقيع موظف البلدية:

29/03/2026