#6

| Account Number | Account Name | Transaction Date | Description | Amount | |
|---|---|---|---|---|---|
| JPMC900165272 | Omar Adhami | 5/15/2023 | CONSUMER INTERNATIONAL WIRE DEBIT A/C: ISLAMIC INTERNATIONAL ARAB BANK PLCAMMAN JORDAN 11190- JO REF: PYMT REASON:FAMILY TRN: 3465993135ES | 200.00 | |
| JPMC900165272 | Omar Adhami | 6/5/2023 | CONSUMER INTERNATIONAL WIRE DEBIT A/C: ISLAMIC INTERNATIONAL ARAB BANK PLCAMMAN JORDAN 11190- JO REF: PYMT REASON:FAMILY TRN: 3453293156ES | 5,000.00 | |
| JPMC900165272 | Omar Adhami | 7/10/2023 | CONSUMER ONLINE INTERNATIONAL WIRE A/C: ARAB BANK PLC AMMAN JORDAN 950545 JO REF: TEL5046161216/0504/FAMILY EXPENSES/BNF/FOR ME TRN: 3436213191ES | 10.00 | |
| JPMC900165272 | Omar Adhami | 9/18/2023 | CONSUMER ONLINE INTERNATIONAL WIRE A/C: ARAB BANK PLC AMMAN JORDAN 950545 JO REF: TEL5046161216/PERSONAL EXPENSES/BNF/FOR ME TRN: 3163273261ES | 5,000.00 | |
| JPMC900165272 | Omar Adhami | 3/4/2024 | CONSUMER ONLINE INTERNATIONAL WIRE A/C: ARAB BANK PLC AMMAN JORDAN 950545 JO REF: TRANSFER TO MY ACCOUNT TEL5046161216/0106/PERSONAL EXPENSES TRN: 3256384064ES | 5,000.00 | |
| JPMC900165272 | Omar Adhami | 03/12/24 | CONSUMER ONLINE INTERNATIONAL WIRE A/C: ARAB BANK PLC AMMAN JORDAN 950545 JO REF: TEL5046161216/PERSONAL EXPENSES/BNF/FOR ME TRN: 3071264072ES | 10,000.00 | |
| JPMC900165272 | Omar Adhami | 5/13/2024 | CONSUMER ONLINE INTERNATIONAL WIRE A/C: ARAB BANK PLC AMMAN JORDAN 950545 JO REF: TEL5046161216/0109/PERSONAL EXPENSES/BNF/FOR ME TRN: 3289994134ES | 25,000.00 | |
| JPMC900165272 | Omar Adhami | 9/3/2024 | CONSUMER ONLINE INTERNATIONAL WIRE A/C: ARAB BANK PLC AMMAN JORDAN 950545 JO REF: TEL5046161216/0109/PERSONAL EXPENSES/BNF/FOR ME TRN: 3046504247ES | 500.00 | |
| JPMC900165272 | Omar Adhami | 5/19/2025 | CONSUMER ONLINE INTERNATIONAL WIRE A/C: ARAB BANK PLC AMMAN JORDAN 950545 JO REF: TEL5046161216/0109/FAMILY EXPENSES/BNF/FOR ME TRN: 3230025139ES | 25,000.00 | |
| JPMC900165272 | Omar Adhami | 8/25/2025 | CONSUMER ONLINE INTERNATIONAL WIRE A/C: ARAB BANK PLC AMMAN JORDAN 950545 JO REF: TEL5046161216/FUNDING INVESTMENTS/BNF/FOR ME TRN: 3308125237ES | 30,000.00 | |
| JPMC900165272 | Omar Adhami | 9/16/2025 | CONSUMER ONLINE INTERNATIONAL WIRE A/C: ARAB BANK PLC AMMAN JORDAN 950545 JO REF: TEL5046161216/0109/PERSONAL EXPENSES/BNF/FOR ME TRN: 3319925259ES | 3,200.00 | |
| JPMC900165272 | Omar Adhami | 9/30/2025 | CONSUMER ONLINE INTERNATIONAL WIRE A/C: ARAB BANK PLC AMMAN JORDAN 950545 JO REF: TEL5046161216/0106/PERSONAL EXPENSES/BNF/FOR ME TRN: 3309885273ES | 20,000.00 | |
| JPMC900165272 | Omar Adhami | 10/15/2025 | CONSUMER ONLINE INTERNATIONAL WIRE A/C: ARAB BANK PLC AMMAN JORDAN 950545 JO REF: TEL5046161216/0105/PERSONAL EXPENSES/BNF/FOR ME TRN: 3253315288ES | 5,000.00 | |
| JPMC900165272 | Omar Adhami | 2/9/2026 | CONSUMER ONLINE INTERNATIONAL WIRE A/C: ARAB BANK PLC AMMAN JORDAN 950545 JO REF: TEL5046161216/0104/FAMILY EXPENSES/BNF/FOR ME TRN: 3138466040ES | 5,000.00 | |
| | | | | **138,910.00** | 14 Wires |

AO386-C
GOVERNMENT EXHIBIT
Admitted on: 10-14-2026 nne
CASE NO. 26-cr-211 P
EXHIBIT NO. 6