**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 26-211** |
| **v.** | * | **SECTION: "P"** |
| **ABDEL ADHAMI**<br>**OMAR ADHAMI** | * | |

* * *

**GOVERNMENT'S MOTION TO STAY DEFENDANTS' RELEASE**
**AND TO REVOKE THE MAGISTRATE'S RELEASE ORDER**

**NOW COMES** the United States of America, by and through Gregory M. Kennedy, Assistant United States Attorney for the Eastern District of Louisiana, and, pursuant to Title 18, United States Code, Sections 3145(a) and (c), who requests that this Court stay the release of the defendants and to conduct a hearing on a Motion to Revoke the Magistrate's Release Order. For the reasons set forth in the accompanying Memorandum in Support, the Government submits that defendants Abdel Adhami and Omar Adhami should be detained because they are a serious flight risk and because they pose a risk of danger to the community, such that there is no condition or

combination of release conditions that will adequately alleviate these concerns. 18 U.S.C. § 3142(e).

Respectfully submitted,

DAVID I. COURCELLE
UNITED STATES ATTORNEY

s/ *Gregory M. Kennedy*

GREGORY M. KENNEDY
Assistant United States Attorney
Louisiana Bar Roll Number 20896
United States Attorney's Office
650 Poydras Street, Suite 1600
New Orleans, Louisiana 70130
Telephone Number: 504-680-3102
Email: greg.kennedy@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on October 16, 2026, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to defense counsel.

s/ *Gregory M. Kennedy*

GREGORY M. KENNEDY
Assistant United States Attorney