| ID | Inmate Name | Call Date | Destination Nun | Contact Name | Dest City/State | Dur. (h:mm | Call Details |
|---|---|---|---|---|---|---|---|
| 1 | Abdel Adhami | 09/18/26 14:04:02 | 448-240-4380 | Wasan R. Isayed | Pensacola, FL | 0:20:00 | Iman - Adam tells his wife that he sent them a handwritten note with his lawyer. There's a name of an individual in the paper, and he wants his father or Mohamad to reach out to that individual.<br>He also asks Iman to tell Mohamad to reach out to the individual whom Adam used to see every night on regular basis during prayers (not sure if that is the same individual whose name was in the handwritten note he sent with the attorney or someone else). He adds this individual is off on Friday. They need to tell him that they need the attorney fees from him. He wants Mohamad to tell this individual to raise this money for him through websites that help people [He is most likely talking about gofundme website, or through a Facebook campaign, or mosques]. He cries and tells her that his case is so serious and may be in prison for the rest of his life. He tells her he has four counts of charges, and each one carries at least 20 years in prison. That's what the lawyer told him. His wife tells him that this is all pressure. He describes this individual as a "Doctor". [This individual does not have to be a physician to be described as a doctor. He can be a colleague professor or a pharmacist or a religious clerk who has a PhD in religious sciences]. Adam tells his wife if this doctor asks Mohamad about how much money they have from that amount they are asking him to raise, Mohamad will need to tell him that Adam does not have any money because he has three kids and pays rent and all these things. Iman tells him that she understands. Adam cries and tells Iman that the only solution before them is the people. The people will have to support them like they always supported them. Iman tells him they will provide the amount and even more than that.<br>Iman gives Adam an email: Nadiaadhami50@gmail.com. He keeps repeating how big the amount the lawyer is asking for. He states he told the lawyer that he can't afford that much right now since everything was forfeited from him. He states that the attorney told him that he can take half of the fees for now. He cries and asks Iman to tell Mohamad to tell the "doctor" that Adam "always supported the community". He adds that the charges count against him and Omar went up. His wife suggests she can buy a car and drive for Uber to provide for her and for the kids. She also suggests selling the house and getting some money out of it and buying merchandise and re-opening the store. Adam agrees to sell the house and go live in Amani's house. Adam states that their realtor's name is "Sherin". He asks Iman to call Sherin and start putting the house for sale. Iman states that it is too early for all these things. Adam asks Iman to call Mohamad from his mom's phone and let him know to find the doctor because the doctor should be at the mosque for prayer at the time of the conversation.<br>Adam tells his wife that he wants to mention the name of an individual, but he doesn't want to put him in trouble. [He is most likely wanting to mention the name of the doctor]. He states that "he" will be able to manage the amount throughout institutions or charitable organizations. Adam is shocked by the amount of money the lawyer his family found him is asking for. Iman tells him that they will try to find another through another organization.<br>Mohamed calls Iman. She picks up his call and hand Adam's call to his mother. He cries to his mother, and she asks him not to cry because he was the one who built the stores. He tells her he was not crying for the stores, but on them, and how they will live with him was gone. She asks him not to worry about them. He asks his mother to sell the house and get some money from it. He tells his mother that he will be gone for too long because of the charges against him. He tells her that the FBI also detained an individual called "Abu Khatir". His mother tells him they know about that.<br>His wife comes back to the phone and tries to calm him down by telling him that he did nothing, and it was not his fault, but it was the other guy. Adam states he was talking to Omar today, and Omar told him that, he and Adam should be considered "gone", and their families outside should continue to live their lives. His wife tries to convince him to dismiss this fact, but he tells her that is the reality. Iman tells him otherwise about the lawyers minimizing the case.<br>He asks to talk to the kids. Iman tells him that she will stop the kids from going to school. Iman asks him to add her as an authorized person to his jail account. He asks Iman to write all Adam's information to Mohamad and have Mohamad call Spectrum as if he was Adam. Iman asks him about the pin he has for Spectrum, and whether it is 0599 or not. Adam confirms. Iman asks Adam for his SSN. He gives it to her: 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. Iman states that the bank account is still active. She asks him if he knows his bank account pin. He states he does not remember. |
| 2 | Omar Adhami | 09/18/26 14:35:07 | 448-240-4380 | Wasan R. Isayed | N/A | 0:03:04 | Amani - Omar tells Amani that they went to court today, and the lawyer asked for $200,000 fees. He asks her to tell his friend Osama about that. He also asks her to take care of their business and forget about them because the attorney told them that the case is big and that they will be in prison for long. He asks her to have all their passports ready. Amani tells him that she was under the impression that their passports were taken, but she found out that they are still there. He asks her to send Mohammad to go get them from their house. Omar asks Amani to hide the passports somewhere safe. Then asks her to disregard that because their calls are being monitored anyway, and the FBI is listening to everything. Amani knows about that ands him not to worry. Omar asks Amani to put the passports in "so and so, the "safe"" which she knows about it. He goes back and tells her he does not mean "safe" because he does not want to mention names, but he wanted her to find a trustworthy friend to keep all these valuables with. She tells him she understands. |
| 3 | Abdel Adhami | 09/19/26 10:24:53 | 504-503-2329 | Iman Srour | N/A | 0:13:58 | Iman - After greetings, Abdel wants Iman to contact Devon Bank and ask them to refinance and lower their monthly payments to the lowerst amount possible and to tell them that he is in prison if they asked about him. He also tells her not to disclose anything about the bank account and just tell them that he is jailed. Iman is worried that auto payments may stop because Abdel says that the money in the store account is enough only to pay the store rent. Abdel says that if payments stop, they could borrow from someone. If they could refinance to a lower amount, and she works as an Uber driver, they can still manage and pay the morgage. He instructs her to provide them with her and his driver licences and her bank credit card which Iman will receive in a couple of days. Iman assures him that everyone is supporting them, but the store needs more time to operate again. She stresses that the reason for what is happening is to put more mental pressure on him to make him go crazy, but she wants him to remain strong because "we remain strong." Before the call ends, they talk about the possibility that Amani lives with Iman in the same house instead of an apartment, to cut down on expenses. Abdel asks about cameras in the store and in the house to which Iman tells him that all cameras and the alarm system in the house were removed. She adds that the camera in the driveway have been removed before "they" came. She also told him that all cell phones, tablets, and laptops were taken. Iman tells him that Mohammad will open the store once everything becomes normal again. She adds that she will give Mohammad her gold to sell and buy goods. In the end she tells him she will send him Spectrum number and then ID numbers. They exchange leave taking and hang up. |
| 4 | Abdel Adhami | 09/20/26 14:19:55 | 504-503-2329 | Iman Srour | N/A | 0:13:46 | Iman – Iman tells Adam that she was able to open his Gmail account. Adam states that an attorney back home owes him $2700 or $2600, and he wants his uncle over there to reach out to the lawyer and collect that amount from him and deposit it in their account in the Arab Bank over there so he can transfer them to the US. Adam wonders if his family back in Palestine knows about his arrest. Iman asks Adam if he is okay to sell her jewelry to pay the attorney fees. Adam wants Amani to sell her jewelry instead. Iman tells him Amani's jewelry was gone (FBI took it). Iman states that her jewelry stayed because the purchase receipts were under her name. Adam was surprised and asked Iman to hide her jewelry with another individual. [TN: Every time Adam tries to say something important over the phone, Iman makes a sound with a smile to remind him, and he stops and changes the topic.] Adam states that they will not sell the jewelry, but instead, they will pawn them with a trustworthy person and ask that person to "give them "juice" for the jewelry. Once they return that person "the juice", he/she will give them back the jewelry. Adam asks Iman to find someone with an Android phone and put his log in credentials in it to download all his Whatsapp records. He also asks her to put his cell number on a new phone and activate the number. |
| 5 | Omar Adhami | 09/20/26 16:21:05 | 941-877-4907 | Amani Issa Rebhi Abuzenah | Bradenton, FL | 0:09:26 | Amani/Osama/Mohammad - Omar calls Osama again and advises him to take care of his wife and kids. Omar asks Osama about an individual called "Ra'id". Osama states he knew what happened to him. Osama brought some money with him to Omar and wants to ask Omar whether he would give this money to Amani or to Mohammad. Omar leaves it up to Osama. Osama complains about Mohammad being so clumsy and panicking. He adds that Mohammad wants to get money and open another store. Osama thinks it is not the right time now to open any stores and recommends Mohammad must wait. Osama thinks it is more important now to hire an attorney for Omar because his charges are way less than Adam's and are manageable than those of Adam's. Osama tells Omar that he brought him $10,000, and another individual called Malik sent Omar another $10,000, adding that Malik asked Osama not to tell Omar about that. Osama states he brought Amani a vehicle and is willing to take her to live with him and his wife. If Omar's issue becomes complicated, he is willing to send Amani and the kids back to their country. Osama states that he heard that Omar's father wants to sell the house Omar purchased back in his country and advises Omar not to sell it. Omar disagrees and advises they must not sell this property. Osama puts Mohammad over the phone. Omar advises Mohammad to hire an attorney for the wives and make sure there will be charges against her. Mohammad puts Amani over the phone, and Omar advises her they must NOT sell the house he purchased back in his country because it is for them in case anything happens to him. She agrees. |
| 6 | Omar Adhami | 09/20/26 19:51:34 | 504-503-2329 | Iman Srour | N/A | 0:15:04 | Amani/Osama/his [Omar's] father - This video call is with Osama. Omar asks Osama to go to Emad the barber and ask him for financial assistance. Osama asks Omar about people Omar knows who can support Omar. Omar asks Osma if Osama talked to Abu-Qasim in Florida. Osama tells him that Abu Qasim was also arrested and so many big charges against him as well. Osama appreciates Abu Qasim's charges are separate from Omar and Adam's. Omar asks Osama to go to al-Nur Mosque that is close to Adam's house and ask about a doctor whose name is Tahsin. Omar thinks this doctor will be able to provide financial support to raise the money for the attorney fees. Mohammad states he already talked to him. Omar asks Osama to go to the bank and check whether Omar's account was closed or not. Osama tells Omar that he talked to Mohammad and Omar's father, and they all are convinced to sell Omar's house in Palestine to pay the attorney fees and start a new business here. Osama tells Omar that out of the 10,000 he brought; he gave Mohammad 4,000 and Amani 6,000. Omar speaks with his father briefly to check on him. Amani tells Omar she found his wallet and everything is still in it. Omar asks Amani not to deposit any money in the bank; she agrees adding she will try to withdraw. He asks her to withdraw money from his Chase Bank and Capital One accounts and put it aside. Omar advises Amani to keep the important stuff and the money with a friend of hers or with one of the family associates. Amani states she was planning to do that. Omar states they must not allow "them" (the FBI) to fool them again like they did before and be very careful. Amani states if Omar's father, Mohammad and Osama are talking about selling Omar's house in Jordan, they are mistaken because she will not allow them to do that. But it is okay, they can sell Omar's house in Palestine (in the West Bank). Omar agrees stressing they must not sell the Jordan house. Amani adds they should sell Iman's house in Jordan, but not hers. Amani states the ladies are talking about if Iman will sell her house in the West Bank, Amani should sell hers in Jordan. Amani and Omar agree they must not sell that Jordan house. Amani asks if the FBI took the Jordan house contract, Omar denies adding that it is still there [TN: not sure if it is still there in Jordan or in their house in Covington]. |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 7 | Omar Adhami | 09/20/26 20:14:47 | 941-877-4907 | Amani Issa Rebhi Abuzenah | Bradenton, FL | 0:03:14 | Amani – Omar tells Amani that she will find a handwritten note in his wallet for the Arab Bank [A name of a bank in the Middle East]. The note has his username: OmarAdhami1 [UI] 3 and the password is written in the note. Omar asks Amani to download the Bank App and try to log in. Amani states that Feras asked her to send Omar's debit card to Jordan to cash the money in Omar's account and wants to ask Omar's opinion. Omar states there are other ways they can cash the money in this account other than using the Debit Card. He adds she can wire the money from the app itself. [Omar speaks very fast and the audio quality is not good enough] He tells her his pin number, but she didn't get it from the first time and asks him to repeat. He refused to repeat it and told her he was not supposed to be saying that over the phone. Amani goes through his wallet and tells Omar that "they" have taken all the paper and notes from the wallet and just left the cards. Omar suggests to hand deliver the card to Fares in Jordan if somebody is flying to Jordan. Amani goes through Omar's handbag or wallet but could not find any notes. He then hangs up because another inmate wanted to use the phone. |
| 8 | Omar Adhami | 09/21/26 18:51:00 | 941-877-4907 | Amani Issa Rebhi Abuzenah | Bradenton, FL | 0:10:04 | Amani – Amani tells Omar that she went to Emad the barber, but Emad did not know what Omar exactly wanted from him. Omar wanted Amani to give a debit card to Emad, and Emad will deliver it to Feras in Jordan. Omar does not want to explain more over the phone. Amani tells Omar about an individual called Magdi who is a friend of Omar, who is trying to find an attorney for Omar. Amani asks Omar if the FBI appointed a Public Defender for Omar. He affirms adding that his problem is the fact that his case is linked up with Adam's. Omar yells and states that he wants to handle his case separately and does not want to be linked up with or connected with Adam. Omar yells that he does not want to go to prison because of Adam, and he has nothing to do with Adam. He also accuses Amani and his family of being negligent because of the money. He yells again at his wife and asks her to let him know if they are unable to find an attorney for him to get him, and he will handle things himself. He does not want to show up to court the next day with the hope of getting out, and he ends up staying locked in because of their negligence. He wants Amani to understand. Omar wants Amani to understand. He states that he told her before to go to the so and so place and meet with so and so, adding that he does not want to repeat that over the phone again. Amani tells him she understands. Omar yells again stating that he does not want any harm to happen to his wife and kids because of him. Amani promised and swore she will take care of things for him. Omar keeps reciting religious verses to express hopelessness and frustration. He wants her to write down Feras's phone number and give it to Mohammad and Emad, and link other people together so they can communicate with each other without having to cross him. Amani understands. Amani tells Omar that she and Iman found out only the day before that the attorney won't be doing anything until he gets the $100,000, and nobody wants to pay. Amani whispers to him that Iman sold her jewelry. Omar tells her that he will tell the FBI in his next hearing that he will need a public defender appointed to him and asks her to forget about him. Omar states that he knows very well how to get himself out of the case/charges. He repeats it twice adding that he won't wait for things to be split between him and Adam. Amani states it will be solved, and Omar yells that Amani does not know what he knows, that is the reason she is saying that. Omar tells Amani there will be another hearing on September 30th. Amani promised him there will be an attorney with him for that hearing. Omar asks Amani if she was able to withdraw money using the debit card. Amani tells him that she went to the bank and was told that Omar must be there and must sign for her to access the safe deposit because he stated so in the account. Omar yells at her and wonders why she went to the safe deposit because it is somewhere else, and that he was referring to the bank account. Omar is upset because Amani mentioned that "safe deposit" topic over the phone because he was sure she won't have access to it. Amani added all their accounts were blocked. Omar asks Amani to pay the rent for October, empty the house and tell the leasing company they are breaking the lease because they won't be able to pay the rent and explain the situation to them. |
| 9 | Omar Adhami | 09/22/26 10:42:42 | 941-877-4907 | Amani Issa Rebhi Abuzenah | Bradenton, FL | 0:02:55 | Amani - Amani tells Omar that unintelligible organization or people in Jordan offered support to the Adhami's. Omar asks Amani to keep the money in Jordan with Feras in case he will need to use it when he gets out of jail to re-establish his business. Omar explains to Amani how to pay their phone bills at any Verizon store. He also asks her to pay their credit cards bills with Capital One and Chase by paying them via cash in a branch store or by using Mohammad's accounts. |
| 10 | Omar Adhami | 09/22/26 16:15:51 | 941-877-4907 | Amani Issa Rebhi Abuzenah | Bradenton, FL | 0:11:56 | Amani - Amani asks about the reason they keep getting disconnected. Amani asks if the attorney already spoke with Omar. Omar states it will be the next day. Amani tells Omar that the attorney told them she was able to look at Adam's file and stated it would take some time. Omar asks her to start packing their stuff and move out of the house and go live in Adam's house. He explains to her how to disconnect all their utilities. Amani tells him that the attorney told her that Omar's situation is much better and won't take much time, but the other one (in reference to Adam) is the one who is "eating shit". Omar asked if the attorney had read his file. Amani confirms adding that she sent her explanation for everything and all the evidence she got and the videos. She adds that unfortunately there are no videos to support Adam's case. Amani adds that she told the attorney that there are more videos on Omar's phone that will prove where the money he was sending went, but the phone is still with the FBI. She states she was able to find five videos of Omar sending money to feed the people. She tells him that his father and Mohammad took the thing to the barber [TN: most likely Omar's debit card for Arab Bank in Jordan] and she wrote Feras contact information on it. Amani added that she explained everything to Feras. He asks Amani to put most of their furniture in for sale. Amani tells him they received merchandize shipping via UPS to J-Lo and it was not forfeited. Amani tells him that they are charged with money laundering, and that is not true. Omar tells her that he is charged with the same charges as Adam, and the charges count keep going up. Amani suggests it is better to hire an attorney for each one of them so they separate the charges and Omar will not be caught up in Adam's crossfire, and he has nothing to do with Adam. |
| 11 | Omar Adhami | 09/22/26 19:08:32 | 941-877-4907 | Amani Issa Rebhi Abuzenah | Bradenton, FL | 0:15:00 | Amani – They talk about vacating the house. Omar tells her he no longer can rent properties and that all leases from now on will be under Amani's name because he has a felony. Omar gives Amani the passcode for all his utilities online accounts: 3378, which is the last 4 of his SSN. Amani tells Omar that one of Iman's relatives vowed to pay Adam's mortgage/rent. Amani adds she will be receiving donations from Jordan too. She states she will open a bank account under Iman's name and put a small amount in it. Omar agrees because he does not want the FBI to look at the account and see large amounts and ask her where you got it from. Omar adds if Amani opens an account and friends or family send her money to that account; it will be okay because "they" (the FBI) can still see and verify the transactions. Amani tells Omar that Omar's family were gazing their eyes at the money Osama gave to her, and she asked Osama to give her a small amount in front of them, and the rest he gave to her secretly. She adds that Mohammad asked her to wire all the money in Omar's account in Jordan to him. Omar tells Amani to say that she will go back to Jordan, and that he will go to live in Jordan himself when he gets out and will need this money. |
| 12 | Abdel Adhami | 09/22/26 20:51:41 | 448-240-4380 | Wasan R. Isayed | Pensacola, FL | 0:13:27 | Mohammad – Adam calls Mohammad, and Mohammad's wife answers. Adam counts his losses, about 1.5 million plus the vehicles and the jewelry that were gone in a day and a night according to him. He wishes he stay in Palestine/Jordan. Iman tells him about the attorneys free of charge they are hiring for them. Mohammad picks up the phone and talks to Adam. Adam is not worried about the money and states he can make the money when he comes. Mohammad questions him about how to make all the money they have lost. Mohammad sounds so sad and responsible. Adam states he does not want to disclose much over the phone. He adds when he gets out, he has an equal amount of money they lost that is ready somewhere, and he will open another store. Adam encourages Mohammad to drive for Uber. Mohammad questions Uber's income will sustain three families. Adam yells at him and states he always saves and hides money for a rainy day. Adam narrates how much money he and his father used to make driving for Uber. Mohammad yells at Adam and insists to open a store because he dismisses the idea that Adam will come out soon. Mohammad explains the debts they owe to the supply chain they trade with, and Adam asks him to tell them they are filing a bankruptcy. Mohammad cuts him short and hangs up. |
| 13 | Omar Adhami | 09/23/26 09:20:12 | 941-877-4907 | Amani Issa Rebhi Abuzenah | Bradenton, FL | 0:07:28 | Amani – Using code words, Omar explains to Amani how Feras in Jordan can use his debit card to cash the money in his account. Amani states Feras will receive the Debit Card on Friday (9/25/2026) He advises Feras (Abu-Rania) goes to an ATM of the same branch (Arab Bank). Amani says the word ATM, and Omar shushes her up and asks her not to mention names. Omar advises, when prompted, Feras must change the phone number in the account to his phone number so he can receive text verification messages to his number. Omar advises Feras must cash as much he can and keep the money with him. Amani tells him she is going today to open an account in Capital One. Amani asks Omar to make sure to ask the attorney if Mohammad sent her the videos. Amani also states she will take the videos she has to the attorney herself. |
| 14 | Omar Adhami | 09/23/26 20:20:42 | 941-877-4907 | Amani Issa Rebhi Abuzenah | Bradenton, FL | 0:06:20 | Amani – Omar asks Amani to check on Abu Qasim in Florida about whether he was released or not. Amani states that they knew that Abu Qasim's stores are all open in Florida, adding that the FBI only closed one store for him in Florida and another one in Louisiana. Amani tells Omar that she will hire an attorney for herself, but Iman will use the public defender the court will appoint for her. Omar is so frustrated and upset about Amani not handling her business with the attorney and not caring for her case because of the kids. He asks her about the kids' passports because he wants her and the kids go to her mother's house, which will be a big relief for him. Omar asks about why both he and Amani are charged with the same Medicaid fraud if one of them only applied for it. He adds it should be either he or Amani, not both. Omar asks Amani to consult with the attorney and ask her all these questions. |
| 15 | Omar Adhami | 09/24/26 09:35:16 | 941-877-4907 | Amani Issa Rebhi Abuzenah | Bradenton, FL | 0:19:36 | Amani – Omar checks on her and on her court date. Amani is scheduled for a hearing on October 28th. Amani tells Omar that the most important thing for Mohammad these days is to re-open a store. Amani adds that the main reason they got into this trouble was the fact that Adam purchased a land lot with a large amount and paid cash for it. Amani asks Omar to tell her what will transpire between him and the attorney today. Amani asks Omar to tell the attorney and not to be shy/ashamed that the same charges against Adam are also placed against him. (Timestamp: 11:38) Omar states that he told Adam that if the FBI comes to him and ask him to confess on his brother, and they get him come out, he will do it. Amani tells Omar that the entire family are sad about Omar because Oman was caught in the crossfire. Omar laughs and says that this happens to him all the time. Amani states that once Omar comes out, the first thing he must do is to "block" Adam. They both laugh about that. Amani tells Omar that Adam is complaining about Omar to his wife Iman that Omar is ignoring him because he is the reason for all that happened to Omar. Amani tells Omar that some family associates in KSA and UAE are raising funds for them, and a female called Jawahir is going to bring her the funds in cash. Amani compares what was seized from their house versus Adam's. She explains how the FBI broke the door cameras in Adam's house. |
| 16 | Omar Adhami | 09/24/26 15:30:19 | 941-877-4907 | Amani Issa Rebhi Abuzenah | Bradenton, FL | 0:09:40 | Amani – Amani reiterates that the attorney told her that there will be no time in jail for her case, but a monetary fine that will be paid on installments. Amani states that an individual called Majdi paid her attorney fees. Amani tells Omar that Mohammad told her that he sent Omar's videos to the attorney. (Timestamp: 5:02) Amani states she explained to Mohammad that the attorney needs to sit with both Omar and Adam because Omar is being charged for Adam's crimes. Omar agrees. She added that Omar does not have a problem throwing Adam under the bus for his own release. Omar adds that Iman must reach out to Shujaie and ask him for the videos when Adam sent the money to feed the people, and Shujaie will send them over to her. Amani states that neither Iman nor she has Shujaie's account. Omar states she can reach out to anyone of her family members in Palestine and explain to them what is going on so they can communicate with Shujaie. Omar asks Amani to thank Majdi for him. Omar asks for Majdi's number: 330-559-3968. |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 17 | Omar Adhami | 09/25/26 09:51:48 | 941-877-4907 | Amani Issa Rebhi Abuzenah | Bradenton, FL | 0:04:16 | Amani - Omar asks about Raed Yousef and Amani states she read about him online. Omar asks about any news from Palestine or Jordan. Amani states that Fares told her that he received the debit card and is asking about the pin. Omar states it is 4545. He repeats over what he told Amani earlier of how Feras changes his phone number to Omar's overseas account. Amani hangs up with Omar to call Feras and explains to him how to do that. |
| 18 | Omar Adhami | 09/25/26 09:59:29 | 941-877-4907 | Amani Issa Rebhi Abuzenah | Bradenton, FL | 0:02:00 | Amani – Amani asks Omar if Omar wants to call Feras himself and explain to him. Omar does not want to make an international call and does not want to elaborate on more details. Omar is so frustrated of Amani not being able to explain to Feras the instructions he gave her. Omar wants Feras to cash as much as he can from Omar's account in Jordan. |
| 19 | Omar Adhami | 09/25/26 10:04:16 | 941-877-4907 | Amani Issa Rebhi Abuzenah | Bradenton, FL | 0:01:49 | Amani – Omar keeps thinking how to explain to Amani how much he wants Fares to cash from his account. Omar thinks for a while and then says, "twice the count of Amani's fingers" in each time. Amani states she will call Fares and explain to him. Omar tells her that she will put him in deep trouble because he has been trying to explain to her for the last week, and she still does not understand. Omar does not want the FBI to lock this account too because that is the only money he can hide. Amani asks him not to worry. Amani reminds him that all their calls are being recorded and monitored becasue she feels that Omar sometimes forgets about that. Omar does not want to mention the name of the bank over the phone. Omar repeats that Feras must go to an ATM associated with the bank, put the pin number, and the machine will prompt him if would like to change his phone number. Then he will start cashing the money out. |
| 20 | Omar Adhami | 09/25/26 10:12:44 | 941-877-4907 | Amani Issa Rebhi Abuzenah | Bradenton, FL | 0:14:59 | Amani – Omar asks Amani to handle the situation with her brother. [TN: Feras is Amani's brother]. He then checks on his daughter. They are discussing the idea of Mohammad re-opens on the stores under a different name. They are talking about how things changed for them in a matter of hours. They are comforting themselves with the fact that Feras will cash them a decent amount from their account in Jordan and put it aside for them; and another individual called Abu-Rani will collect another amount for them. That way when he gets out, he will have a decent amount that will enable him to re-start a new business and stand on his feet again. Omar is not happy with the delay of hiring an attorney for them to expedite their release. He also adds that the authorities are worried about their release because they carry Jordanian passports. Omar explains the fact that he is born in the US and wont' be able to leave the US with a Jordanian passport. Again, he advises her to instruct Feras to keep cashing from the ATM of their bank account in Jordan until he cashes 30,000. |
| 21 | Omar Adhami | 09/25/26 12:36:01 | 941-877-4907 | Amani Issa Rebhi Abuzenah | Bradenton, FL | 0:02:01 | Amani – Amani tells Omar that Fares cashed 4,000 thus far. He instructed her to tell Fares to keep cashing 4,000 at a time from the ATM till he gets 30,000 and deposits them in his (Fares') account. Amani tells him that their balance is 36,000. Omar states it's okay to keep the remainder in his account in case they will need it for anything else. |
| 22 | Omar Adhami | 09/26/26 13:08:45 | 941-877-4907 | Amani Issa Rebhi | Bradenton, FL | 0:05:40 | Amani – Omar asks her to instruct Feras to keep cashing out the money and find a supermarket to open. They talk about clearing their rental property and handing it over to the leasing company. |
| | | | | | | 3:25:43 | |