**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| **VERSUS** | **NO. 26-211** |
| **ABDEL ADHAMI**<br>**OMAR ADHAMI** | **SECTION: "P" (3)** |

**ORDER**

Before the Court is the Government's Motion to Stay Defendants' Release and to Revoke the Magistrate's Release Order.[1] On October 14, 2026, the Magistrate Judge held a detention hearing as to Defendants Abdel Adhami and Omar Adhami.[2] At the conclusion of the hearing, the Magistrate Judge ordered the defendants be released on bond, but the Magistrate Judge stayed the release of the defendants until 5:00 p.m. on October 16, 2026.[3] The Government now moves the Court to extend the stay of Defendants' release and to revoke the Magistrate Judge's order of release, pursuant to 18 U.S.C. § 3145(a)(1). Having reviewed the Government's motion, the record, and the applicable law,

**IT IS ORDERED** that the motion is **GRANTED** insofar as the Government moves the Court to extend the stay of Defendants' release pending the Court's review of the Magistrate Judge's release order.

**IT IS THEREFORE FURTHER ORDERED** that the release of Defendants Abdel Adhami and Omar Adhami is hereby **STAYED,** and Defendants are to remain in custody, pending a ruling from this Court on the Government's Motion to Revoke the Magistrate's Release Order.

---

[1] R. Doc. 48.
[2] R. Docs. 36, 37.
[3] *Id.*

New Orleans, Louisiana, this 16th day of October 2026.

**DARREL JAMES PAPILLION**
**UNITED STATES DISTRICT JUDGE**