**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL CASE** |
| **VERSUS** | **NO. 26-211** |
| **ABDEL ADHAMI**<br>**OMAR ADHAMI** | **SECTION: P(3)** |

**ORDER**

**IT IS HEREBY ORDERED** that the Clerk shall have transcribed the detention hearings of defendants ABDEL ADHAMI and OMAR ADHAMI on October 7th and 14th, 2026, before United States Magistrate Judge Michael North (R. Docs. 36, 37, 46, 47).

**IT IS FURTHER ORDERED** that the transcripts be completed, with the Court bearing the cost of the transcription, and shall be provided to the Court **no later than October 22, 2026**.

New Orleans, Louisiana, this 19th day of October 2026.

Darrel James Papillion

**DARREL JAMES PAPILLION**
**UNITED STATES DISTRICT JUDGE**

Clerk to Notify:
Evan Saacks, Court Reporter Coordinator