**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| **VERSUS** | **NO. 26-211** |
| **ABDEL ADHAMI**<br>**OMAR ADHAMI** | **SECTION: "P" (3)** |

# ORDER

On October 16, 2026, the Government filed a Motion to Stay Defendants' Release and to Revoke the Magistrate's Release Order, pursuant to 18 U.S.C. § 1845(a).[1] That same day, the Court issued an order staying the release of the defendants pending the Court's review of the Magistrate Judge's release order.[2] The Notice of Hearing attached to the Government's motion states that the Government will bring the motion for hearing before the undersigned on November 3, 2026.[3] Under the language of the statute, motions filed pursuant to Section 1845(a) "shall be determined promptly."[4] In accordance with that statutory command, the Court hereby expedites consideration of the Government's Motion to Revoke the Magistrate's Release Order (R. Doc. 48) as set forth below.

**IT IS ORDERED** that the Court will hold a **hearing** on the Government's Motion to Revoke the Magistrate's Release Order (R. Doc. 48) on **October 26, 2026, at 10:00 a.m.**

**IT IS FURTHER ORDERED** that Defendants' deadline to file an opposition to the Government's motion shall be **October 21, 2026**, and the Government's deadline to file a reply memorandum in support of its motion shall be **October 23, 2026**.

---

[1] R. Doc. 48.
[2] R. Doc. 49.
[3] R. Doc. 48-3.
[4] 18 U.S.C. § 3145(a).

New Orleans, Louisiana, this 19th day of October 2026.

**DARREL JAMES PAPILLION**
**UNITED STATES DISTRICT JUDGE**