UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 26-211 |
| ABDEL ADHAMI<br>OMAR ADHAMI | SECTION P(3) |

# NOTICE OF HEARING

Take Notice that this criminal case has been set for **HEARING** on **October 26, 2026 at 10:00 a.m.,** in open court, before the Honorable Darrel James Papillion, Federal Courthouse Building, 500 Poydras Street, Courtroom C551, New Orleans, La 70130.

PHOTO IDENTIFICATION REQUIRED TO ENTER THE BUILDING.

PERSONS ON BOND MUST REPORT TO THE DEPUTY U.S. MARSHAL IMMEDIATELY OUTSIDE THE AFORESAID COURTROOM FOR EVALUATION AND SEARCH 15 MINUTES PRIOR TO APPEARANCE.

Date: October 20, 2026

To:
Abdel Adhami (Custody)
Counsel for Defendant:
Annalisa Mirón – FPD

Omar Adhami (Custody)
Counsel for Defendant:
Stephen J. Haedicke – CJA

If you change address, notify
Clerk of Court by phone,
(504) 589-7715

Carol L. Michel, Clerk
by: Courtney Ancar, Deputy Clerk

AUSA Gregory M. Kennedy

U.S. Marshal
U.S. Probation
U.S. Pretrial Services Unit

Judge Papillion
Magistrate Judge

Special Agent Scott Foster
Special Agent Ashton Cubbedge
Federal Bureau of Investigation
Sacno.court@dhs.gov

Foreign Language Interpreter: **Arabic**