**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| **VERSUS** | **NO. 26-211** |
| **ABDEL ADHAMI**<br>**OMAR ADHAMI** | **SECTION: "P" (3)** |

# ORDER

Before the Court is Defendant Abdel Adhami's Unopposed Motion to Extend His Deadline to File an Opposition to the Government's Motion to Revoke the Magistrate's Release Order and to Continue the Hearing (R. Doc. 57). Having considered the circumstances set forth in the motion, the Court grants the motion. And although the motion references only Defendant Abdel Adhami, the Court hereby continues the opposition deadline and the hearing date as to both Abdel Adhami and Omar Adhami. Accordingly,

**IT IS ORDERED** that Abdel Adhami's Unopposed Motion to Extend His Deadline to File an Opposition to the Government's Motion to Revoke the Magistrate's Release Order and to Continue the Hearing (R. Doc. 57) is **GRANTED**.

**IT IS FURTHER ORDERED t**hat the **hearing** on the Government's Motion to Revoke the Magistrate's Release Order (R. Doc. 48), which was previously set for October 26, 2026, at 10:00 a.m., is hereby **RESET** for **October 29, 2026, at 10:00 a.m.,** as to both Abdel Adhami and Omar Adhami.

**IT IS FURTHER ORDERED** that Defendants' deadline to file an opposition to the Government's motion is hereby **EXTENDED** to **October 27, 2026**, and the Government's deadline to file a reply memorandum in support of its motion is hereby **EXTENDED** to **October 28, 2026**.

New Orleans, Louisiana, this 21st day of October 2026.

**DARREL JAMES PAPILLION**
**UNITED STATES DISTRICT JUDGE**