UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 26-211 |
| ABDEL ADHAMI<br>OMAR ADHAMI | SECTION P(3) |

RE-NOTICE OF TRIAL
(Previously set for 11/16/2026)

Take Notice that this criminal case has been reset for **TRIAL** on **February 22, 2027 at 9:00 a.m.,** in open court, before the Honorable Darrel James Papillion, Federal Courthouse Building, 500 Poydras Street, Courtroom C551, New Orleans, LA 70130. A final pretrial conference will be held on **February 3, 2027 at 11:30 a.m.**

PHOTO IDENTIFICATION REQUIRED TO ENTER THE BUILDING.

PERSONS ON BOND MUST REPORT TO THE DEPUTY U.S. MARSHAL IMMEDIATELY OUTSIDE THE AFORESAID COURTROOM FOR EVALUATION AND SEARCH 15 MINUTES PRIOR TO APPEARANCE.

Date: October 29, 2026

Carol L. Michel, Clerk
by: Courtney Ancar, Deputy Clerk

To:
Abdel Adhami (Custody)
Counsel for Defendant:
Dylan C. Utley – CJA

Omar Adhami (Custody)
Counsel for Defendant:
Stephen J. Haedicke – CJA

If you change address, notify
Clerk of Court by phone,
(504) 589-7715

AUSA Gregory M. Kennedy

U.S. Marshal
U.S. Probation
U.S. Pretrial Services Unit

Judge Papillion
Magistrate Judge

Special Agent Scott Foster
Special Agent Ashton Cubbedge
Federal Bureau of Investigation
Sacno.court@dhs.gov

Foreign Language Interpreter: **Arabic**
(as to Omar Adhami only)