**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **DOCKET NO. 26-cr-00211** |
| | * | |
| **VS** | * | |
| | * | **SECTION: "P"** |
| **ABDEL ADHAMI** | * | |
| | * | |

**ORDER**

Considering Defendant Abdel Adhami's *Unopposed Motion for Entry of Order of Detention and to Vacate Briefing Deadlines and Hearing* (R. Doc. 75),

**IT IS ORDERED** that Defendant's motion is GRANTED;

**IT IS FURTHER ORDERED** that Defendant Abdel Adhami shall be DETAINED pending trial based upon his stipulation, without prejudice. The Court makes no findings under 18 U.S.C. § 3142(g) or on the merits of the government's *Motion to Stay Defendant's Release and to Revoke the Magistrate Judge's Order*.

**IT IS FURTHER ORDERED** that Defendant's stipulation to detention shall not constitute an admission concerning the propriety of the prior release order, the statutory presumption under 18 U.S.C. § 3142(e)(3), or the availability of conditions sufficient to reasonably assure his appearance and the safety of the community.

**IT IS FURTHER ORDERED** that Defendant retains the right to seek release at a later should new information or materially changed circumstances warrant reconsideration.

**IT IS FURTHER ORDERED** that the November 3, 2026, and November 4, 2026, briefing deadlines are VACATED, and the November 6, 2026, hearing is CANCELLED.

New Orleans, Louisiana, this 3rd day of November 2026.

DARREL JAMES PAPILLION
UNITED STATES DISTRICT JUDGE