**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| **VERSUS** | **NO. 26-211** |
| **ABDEL ADHAMI, ET AL.** | **SECTION: "P" (3)** |

**ORDER**

Before the Court are the Government's Unopposed Motion to Supplement the Record (R. Doc. 77) and the Motion for Leave to Seal Government's Supplemental Exhibit (R. Doc. 79). At the October 29, 2026 hearing on the Government's motion to stay Omar Adhami's release and to revoke the Magistrate's release order, the Government submitted a heavily redacted FBI 302 as Exhibit 1. *See* R. Doc. 72-1. The Government now moves to supplement the record with the unredacted version of that exhibit, which is marked as Government Exhibit 1a, and the Government also moves to file the unredacted version of the exhibit under seal because it contains sensitive information. Having considered the Government's motions,

**IT IS ORDERED** that both motions (R. Docs. 77 & 79) are **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk of Court shall file Government Exhibit 1a into the record **UNDER SEAL** as an additional attachment to the Minute Entry at Record Document 72.

A copy of the sealed filing shall be provided to counsel for the Government and counsel for Defendant Omar Adhami.

New Orleans, Louisiana, this 6th day of November 2026.

Darrel James Papillion

**DARREL JAMES PAPILLION**
**UNITED STATES DISTRICT JUDGE**