**MINUTE ENTRY**
**PAPILLION, J.**
**November 6, 2026**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| **VERSUS** | **NO. 26-211** |
| **ABDEL ADHAMI, ET AL.** | **SECTION: "P" (3)** |

**MINUTE ENTRY**

On November 6, 2026, the Court held a telephone status conference in this matter. Gregory C. Kennedy participated on behalf of the Government; Dylan C. Utley participated on behalf of defendant Abdel Adhami; and Stephen J. Haedicke participated on behalf of defendant Omar Adhami. The Court and the parties discussed the status of the case.

New Orleans, Louisiana, this 6th day of November 2026.

Darrel James Papillion

**DARREL JAMES PAPILLION**
**UNITED STATES DISTRICT JUDGE**

(JS-10 00:05)