**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL DOCKET NO. 26-211** |
| **v.** | * | **SECTION: "P" (3)** |
| **ABDEL ADHAMI**<br>**OMAR ADHAMI** | * | |

* * *

**UNITED STATES' BILL OF PARTICULARS**
**<u>FOR FORFEITURE OF PROPERTY</u>**

**NOW INTO COURT,** comes the United States of America, by and through the undersigned Assistant United States Attorney, and pursuant to Federal Rule of Criminal Procedure 32.2(a), particularly alleges that the following property is subject to forfeiture on the basis of the forfeiture allegations set forth in the Indictment filed in the above-captioned criminal case:

> $2,533.03 in United States currency seized on or about September 15, 2026, from J-LO Beauty Supply, 495 Votes Road, Suite B, Slidell, Louisiana 70461;
>
> $5,302.55 in United States currency seized on or about September 15, 2026, from 4 Her Beauty Supple, 806 SW Railroad Avenue, Hammond, Louisiana;
>
> $2,383.00 in United States currency seized from 760 Mirabella Lane, Covington, Louisiana on or about September 15, 2026;
>
> $4,374.00 in United States currency, seized from 601 Rue Orleans, Mandeville, Louisiana on or about September 15, 2026;
>
> One (1) Smith & Wesson, 9mm M&P Shield, bearing serial number HTE6100, seized from J-LO Beauty Supply, 495 Votes Road, Suite B, Slidell, Louisiana 70461;
>
> One (1) Glock, Model 48, bearing serial number BVDX763, seized from 4 Her Beauty Supple, 806 SW Railroad Avenue, Hammond, Louisiana;
>
> One (1) BMW, Model X7, vehicle identification no. 5UXCW2C03L9B41777, seized on or about September 15, 2026;

One (1) BMW, Model X5, vehicle identification no. 5UXKR0C50G0P22129, seized on or about September 15, 2026;

One (1) Toyota, Model Avalon, vehicle identification no. 4T1FZ1FBXLU049620, seized on or about September 15, 2026;

One (1) Honda, Model Odyssey, vehicle identification no. 5FNRL6H9XJB034714, seized on or about September 15, 2026;

Any and all funds held in Chase Bank account no. 900165272, held in the name of Omar Adhami, seized on or about September 15, 2026;

Any and all funds held in Regions Bank account no. 369549702, held in the name of J LO Beauty Supply LLC, seized on or about September 15, 2026;

Any and all funds held in Regions Bank account no. 171142711, held in the name of Adams Enterprises USA LLC, seized on or about September 15, 2026;

Any and all funds held in Regions Bank account no. 378198437, held in the name of Abdel Adhami, seized on or about September 15, 2026;

Any and all funds held in Regions Bank account no. 211622172, held in the name of Omar Adhami and Amani Issa Abusenah, seized on or about September 15, 2026;

Any and all funds held in Regions Bank account no. 105900002288, held in the name of Omar Adhami, seized on or about September 15, 2026;

Miscellaneous jewelry seized from 760 Mirabella Lane, Covington, Louisiana on or about September 15, 2026;

Two (2) Clover Point of Sale Systems, valued at approximately $1,400 each, seized from J-LO Beauty Supply, 495 Votes Road, Suite B, Slidell, Louisiana 70461 on or about September 15, 2026;

Two (2), unknown brand, Point of Sale System, seized from 4 Her Beauty Supple, 806 SW Railroad Avenue, Hammond, Louisiana.

The United States Marshals Service (USMS) executed federal seizure warrants at two commercial retail locations- —J-Lo Beauty Supply (Slidell) and 4 Her Beauty Supply

(Hammond)—and secured a large quantity of merchandise constituting inventory used in and derived from the charged criminal activity. A full forensic inventory was conducted and recorded by line item. For purposes of the Bill of Particulars, the seized merchandise is summarized below by product category, representing the types of goods maintained for retail sale and the associated forfeitable value.

> Braiding Hair: this category constitutes the majority of seized inventory and includes synthetic and blended hair in various lengths, colors, and multi-pack configurations. Brands include but are not limited to, EZ Braid, Outre X-Pression, Sensationnel, Mayde Beauty, I&I Hair, and Shake-N-Go;

> Crochet/Locs/Twist Hair: This category includes pre-looped crochet hair, faux locs, spring twists, passion twists, butterfly locs, and similar textured products. Leading brands include Freetress, Outre, Sensationnel, Mayde Beauty, and Boho;

> Weave/Bundle Hair: This category consists of both synthetic and human-hair weft bundles, including straight, curly, deep wave, water wave, and other textures. Brands include Haute, Sensationnel, Shake-N-Go Organique, Bloom Bundle, Mayde Beauty, and Model Model;

> Wigs: The seized wig inventory includes lace-front wigs, HD lace units, glueless wigs, synthetic blends, human-hair blends, and specialty-color units. Brands include Sensationnel, Shake-N-Go, Outre, Mayde Beauty, Zury, and Hair Republic;

> Ponytails/Hairpieces: This includes drawstring ponytails, pocket ponytails, clip-in pieces, and other supplemental hair accessories primarily from Freetress, Shake-N-Go, Mayde Beauty, and Model Model;

> Hair-Other (Human-Hair Packs, Purple Pack, Yaki, Kids Lines, etc): These items include premium human-hair packs, mixed-fiber "purple pack" products, children's braiding lines, and other specialty hair goods;

<u>Jewelry:</u> A limited subset of packaged costume jewelry and related accessories (e.g., "Ring Pop" products) was seized;

<u>Hair Products (Lotions, Crème, Oil, Serum, Color/Dye):</u> This includes packaged styling mousse, hair lotion, creams, oils, serums, and boxed hair-dye products;

<u>Sundry/Other:</u> This category includes miscellaneous retail items such as small accessories, nail products, packaging items, or display merchandise not otherwise classifiable.

The above categories collectively represent the entirety of the inventory seized from both retail locations, as more particularly described in Exhibit A, an itemized inventory consisting of [#] of pages, attached and incorporated herein by reference. Each line item within these categories was documented by SKU/UPC, quantity, unit price (when available), and total valuation. The merchandise constitutes forfeitable property as inventory maintained, used, or acquired in furtherance of the offenses charged, and is therefore subject to criminal forfeiture pursuant to 18 U.S.C. §§ 981(a)(1)(C), 982(a)(1) and related statutes.

Respectfully submitted,

DAVID I. COURCELLE
UNITED STATES ATTORNEY

*/s/ Alexandra Giavotella*
ALEXANDRA GIAVOTELLA (La. 38005)
Assistant United States Attorney
United States Attorney's Office
650 Poydras Street, Suite 1600
New Orleans, LA 70130
Telephone: (504) 680-3065
Email: alexandra.giavotella@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing pleading has been served in accordance with the Court's ECF Rule on this 18th day of November, 2026.

*/s/ Alexandra Giavotella*
ALEXANDRA GIAVOTELLA
Assistant United States Attorney